LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff Francisco Orozco*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VILLANUEVA and HORTENCIA SAINZ, individually and as successor in interest to Pedro Villanueva, deceased, and FRANCISCO OROZCO, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:17−cv−01302 JLS (KESx)<br><br>*Assigned to the Honorable District Court Judge Josephine L. Staton*<br><br>**JOINT STIPULATION FOR UNDER SEAL FILING**<br><br>Date: August 10, 2018<br>Time: 2:30 p.m.<br>Judge: Hon. Josephine L. Staton |

1   IT IS HEREBY STIPULATED by and between Plaintiff FRANCISCO OROZCO (Plaintiff) and Defendants STATE OF CALIFORNIA, JON CLEVELAND, AND RICHARD HENDERSON (Defendants), by and through their respective counsel, that, conditional upon this Court finding good cause, the following documents shall be filed under seal (in their entirety) as exhibits to Plaintiff Francisco Orozco's opposition to Defendants' Motion for Summary Judgment: (1) the "Incident Detail Report" for this incident, marked CHP-01573-01585, designated as confidential and produced pursuant to the protective order on file in this case; (2) the OC Fire Authority Pre-Hospital Care Report for Francisco Orozco, marked CHP-01151-01152, designated as confidential and produced pursuant to the protective order on file in this case.

As set forth in the stipulated protective order (Dkt. Doc. 21) and in Defendants' application to file certain exhibits to Defendants' Motion for Summary Judgment under seal (Dkt. Doc. 34), Defendants assert that these records are confidential and privileged, and protected by the official information privilege and the right of privacy. *Kerr v. United States Dist. Court for Northern Dist. of California*, 511 F.2d 192, 198 (9th Cir. 1975); *Sanchez v. City of Santa Ana*, 936 F.2d 1027, 1033-34 (9th Cir. 1990); *Stallworth v. Brollini*, 288 F.R.D. 439, 444 (N.D. Cal. 2012) (recognizing federal right of privacy and citing *Whalen v. Roe*, 429 U.S. 589, 599, 97 S. Ct. 869, 51 L. Ed. 2d 64 (1977)); *see also*, Cal. Const., art. I, § 1, Cal. Penal Code § 832.7, Cal. Evid. Code § 1040(b)(2); Cal. Gov't Code §§ 3300, et seq., Cal. Civ. Code §§ 1798, et seq. *See also Kelly v. City of San Jose* (N.D. Cal. 1987) 114 F.R.D. 653, 656 ([A]s a matter of comity, the federal court should attempt to ascertain the interests that inspire any relevant state doctrine and take into consideration the views of state authorities about the importance of those interests. . . .).

As set forth in Defendants' application to seal (Dkt. Doc. 34), the CHP Incident Detail Report includes officers' call signs. Defendants contend that the publication of officers' call signs would compromise operational security and put officers at risk because specific information relating to the tactical identification of units would reveal information and intelligence to criminals. Defendants contend that among other things, this information would reveal officers' identities and locations that could be obtained from police radio traffic and could be used to track down, ambush, harass and harm the officers. Plaintiffs agree that the Incident Detail Report was produced as confidential and agree that it may be filed under seal (in its entirety) pending this Court's determination on good cause for doing so.

The Pre-Hospital Care Report contains private medical information for Mr. Orozco. Public release of Mr. Orozco's pre-hospital care report may cause Mr. Orozco unwanted attention and distress, whereas the public would not be harmed by Mr. Orozco's pre-hospital care report being filed under seal.

IT IS SO STIPULATED

Dated: July 13, 2018

XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General

/s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for Defendants*
*State of California, Jon Cleveland and Richard Henderson*

| | | |
|---|---|---|
| 1 | DATED:  July 13, 2018 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | |
| 3 | | By  /s Renee V. Masongsong |
| 4 | | Dale K. Galipo |
| 5 | | Renee V. Masongsong<br>Attorneys for Plaintiffs |