# Exhibit 11

"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

9079345 9000568148 OROZCO, FRANCISCO 01/17/1998

Patient Name: OROZCO, FRANCISCO

## Prehospital Care Report
IN PROGRESS

PCR #: CO14410-1306

### Incident Information

| | |
|---|---|
| Incident Date: 07/03/2016 | Agency Name: Orange County Fire Authority |
| Incident Number: 16-069814 | Unit #: E62/E62 |
| District: 1118W | Veh. Type/Unit Type: Fire Engine/ALS |
| Incident Address: 149 N PRITCHARD AV | Level of Service: ALS Evaluation / BLS |
| Fullerton, orange, CA 92833 | Patient Disposition: Treated, Transported by EMS (BLS) |
| | Transported By: Fullerton Fire Department |
| | Transporting Unit #: AMB. A1 375 |
| | Destination: West Anaheim Medical Center |

### Patient Information

| | | |
|---|---|---|
| Name: OROZCO, FRANCISCO | Age: 18 Years | D.O.B: 01/17/1998 |
| Pt. Address: | Gender: Male | Weight: 113.4 KG / |
| | Phone: | SSN: |

### Patient Condition

Chief Complaint: GSW TO R. ELBOW X 15 Minutes

### Provider Impression

| Primary Impression | Secondary Impression |
|---|---|
| Traumatic Injury | |

### Patient Medical History

| MEDICATION ALLERGIES | Generic Name | |
|---|---|---|
| None/Patient Denies Medications | None/Patient Denies Medications | |
| Patient Medications | Generic Name | Dosage |
| None/Patient Denies Medications | None/Patient Denies Medications | |
| Medical History | | |
| Patient Denies PMH | | |

### Secondary Survey
Time of Assessment: 23:15

LOC: Oriented-Person, Oriented-Place, Oriented-Time, Oriented-Events
Neurological: Normal
Left Eye: Reactive (Responds)
Head/Face: Normal
Chest: Normal Chest Assmt
L Lung Sounds: Clear / Normal
Abdomen LUQ: Normal (Soft, Non-Tender)
Abdomen LLQ: Normal (Soft, Non-Tender)
C-Spine: Normal (No Pain or Deformities)
Lumbar: Normal (No Pain or Deformities)
Left Arm: Normal

Left Leg: Normal

Skins: Normal
Right Eye: Reactive (Responds)
Neck: Normal
R Lung Sounds: Clear / Normal
Abdomen RUQ: Normal (Soft, Non-Tender)
Abdomen RLQ: Normal (Soft, Non-Tender)
Thoracic: Normal (No Pain or Deformities)
Pelvis: Normal
Right Arm: Pain/Tenderness, Bleeding Controlled, Gunshot Wound-Entry, Gunshot Wound-Exit, Motor Function-Normal, Normal Pulse, Sensation-Normal
Right Leg: Normal

### Trauma Information
### Injury Information

Cause of Injury: Firearm Assault
Mechanism of Injury: Penetrating
Contributing Factors: Not Applicable
Injury Intent: Unintentional
Safety Equipment Used:

### Primary Survey

| Time | Airway | Breathing | Circulation | AVPU |
|---|---|---|---|---|
| 23:12 | Normal | Normal | Normal | Alert |

### Patient Vitals

| Time | Pulse | Resp. | B/P | Cardiac Rhythm | SpO2 | SpO2 Qual. | EtCO2 | Pain | PTA | Glucose | Patient Position |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23:13 | 104 | 20 | 144/74 | | | | | | | | Sitting |

Incident Date: 07/03/2016
Incident #: 16-069814

Patient Name: OROZCO, FRANCISCO
Orange County Fire Authority

Page: 1
Printed: 07/04/2016 00:05 V12

---

| AMBULANCE RPT - Page 1 of 2 | UNIVERSITY OF CALIFORNIA IRVINE | Printed: 07/14/2016 09:08 |
|---|---|---|
| Patient: OROZCO, FRANCISCO | MR#: 9079345 | Discharged: 07/07/2016  Service Dates: 07/04/2016-07/07/2016 |
| Copy for: ROI MGT CNOBLE | REQ: 4333216, DET: 30644435 IK: 77582387 ITK: 23269 EK: 133656215 VER: 1 | |

CHP-01151

"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

9079345  9000568148  OROZCO, FRANCISCO  01/17/1998

Patient Name: OROZCO, FRANCISCO

### Glasgow Coma Scale

| Time | Glasgow Eye Opening | Glasgow Verbal | Glasgow Motor | Glasgow Coma Score |
|---|---|---|---|---|
| 23:13 | 4 | 5 | 6 | 15 |

### Procedures and Treatments
No procedures/treatments performed.

### Medications Administered
No medications administered.

### Injury Details

### Narrative
GSW TO R ELBOW, THROUGH AND THROUGH, GOOD CMS, GOOD CAP REFILL, - OTHER INJURIES, TOTAL BODY CHECK IS NEGATIVE. VS WNL. BLS TO WEST ANAHEIM

### Call Disposition

Dispatch Reason: Medical Aid  
Response Mode: Code 3  
Response Request: 911 Response  
Response Delay: None  
Pt. at workplace?: No  
Location Type: Home/Residence  
Incident Address: 149 N PRITCHARD AV  
Fullerton, CA 92833  

Pt. Disposition: Treated, Transported by EMS (BLS)  
Transport Mode: Code 2  
Transport Delay: None  
Destination: West Anaheim Medical Center  
3033 W. Orange Avenue  
Anaheim, CA 92804  
Dest. Determination: Closest Facility  

### Call Times and Mileage

PSAP: 23:01  
Dispatch Notified:  
Dispatch Time: 23:01  
Enroute: 23:02  
On Scene: 23:07  
Patient Contact: 23:10  
Enroute Hospital: 23:25  
Arrive Destination:  
Finished Assignment: 23:25  

Starting Mileage: 0.0  
Scene Mileage: 0.0  
Destination Mileage: 0.0  
End Mileage: 0.0  
Miles to Scene: 0.0  
Miles to Destination: 0.0  
Miles to End: 0.0  

### Crew Information

| Crew Member | Level of Certification | Role |
|---|---|---|
| Schuetz, Matthew (MS) | Paramedic | Radio Medic |
| MENDOZA, NICHOLAS (NM) | Paramedic | Primary Care Giver (Patient Medic, EMT, or MICN) |
| Martinez, Ethan (EM) | EMT-Basic | Fire Company (Captain, Engineer, or Firefighter) |
| Bonilla, Bogar (BB) | EMT-Basic | Fire Company (Captain, Engineer, or Firefighter) |

### Billing Information

Payment Method:  
CMS Service Level:  
Work Related? No  

SSN:  
Primary Phone Number:  
Driver's License:  

### Valuables
Valuables:

Orange County Fire Authority  
1 Fire Authority Road  
Irvine, CA 92602

Incident Date: 07/03/2016  
Incident #: 16-069614  
Patient Name: OROZCO, FRANCISCO  
Orange County Fire Authority  
Page: 2  
Printed: 02/04/2016 00:05 V12

| AMBULANCE RPT - Page 2 of 2 | UNIVERSITY OF CALIFORNIA IRVINE | Printed: 07/14/2016 09:08 |
|---|---|---|
| Patient: OROZCO, FRANCISCO | MR#: 9079345 | Discharged: 07/07/2016  Service Dates: 07/04/2016-07/07/2016 |
| Copy for: ROI MGT CNOBLE | REQ: 4333216. DET: 30644436 IN: 77582387 ITK: 23269 EK: 133656216 VER: 1 | |

CHP-01152