UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:17-cv-01302-JLS-KES | Date: April 09, 2021 |
| Title:  Armando Villanueva v. State of California et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER CONTINUING HEARINGS**

On March 26, 2021, the Court held a status conference in this matter during which it ordered the parties to file a joint report regarding further mediation.  (Status Conf. Order, Doc. 120.)  The parties timely filed a report on April 8, 2021, informing the Court that the parties have scheduled a full-day mediation on August 17, 2021, which is the first available date.  (Joint Report, Doc. 122.)  In light of this, the Court CONTINUES the hearings in this action as follows:

- The hearing on the parties' *Daubert* motions (Docs. 74, 75, and 76) is CONTINUED from August 13, 2021 to **September 3, 2021 at 10:30 a.m**.;
- The hearing on the parties' motions *in limine* (Docs. 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102) and the Final Pretrial Conference is CONTINUED from September 10, 2021 to **October 1, 2021 at 10:30 a.m.**

Initials of Deputy Clerk: mku