## MOMENTUM
### engineering corp.

June 25, 2018


D. Brian Garcia, Esq.
Kiesel Law, LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211


*Re:*    *Case Name:*        *Villanueva v. State of California, et al.*
         *Date of Loss:*     *7/3/2016*
         *MEC No.:*          *160237*


Dear Mr. Garcia:

## ACCIDENT RECONSTRUCTION ANALYSIS

### Introduction
At your request, Momentum Engineering Corp. (MEC) has conducted an accident reconstruction analysis of an incident that occurred July 3, 2016 in Fullerton, CA. According to the State of California Traffic Collision Report #16-43654, a 2015 Chevrolet Silverado pickup driven by Pedro Villanueva was traveling in reverse in a westbound direction on MacArthur Ave. The right rear corner of the Chevrolet collided with a left front door area of a black 2015 Honda Civic that was parked along the west curb of N. Pritchard Ave. Subsequently, Mr. Villanueva began making maneuvers to travel in a southbound direction on N. Pritchard Ave. Shortly thereafter, The Chevrolet rolled in a southerly direction and the left front bumper collided with the left rear door area of a stopped 2015 Ford Taurus driven by CHP officers. Francisco Orozco was a right front passenger in the Chevrolet at the time of the accident. The objective of this analysis was to document the damage to the subject Chevrolet and determine pre- and post-impact vehicle dynamics for the subject Chevrolet.

### Documents Reviewed
The following materials and documentation were reviewed and considered:
- State of California Traffic Collision Report #16-43654.
- Color copies of photographs of the accident scene.
- Color copies of photographs of involved vehicles.
- Investigative reports from OCCL, FPD, and CHP.
- Property damage estimate for CHP Ford Taurus.

- Deposition testimony of Francisco Orozco, dated May 3, 2018.
- Deposition testimony of Jon Cleveland, dated October 20, 2017.
- Deposition testimony of Richard Henderson, dated October 20, 2017.
- Deposition testimony of Thomas Ray Hinkle Jr., dated April 18, 2018.
- Deposition testimony of David Sainz, dated May 24, 2018.
- Deposition testimony of Armando Villanueva, dated May 23, 2018.
- Deposition testimony of Abel Orozco, dated April 19, 2018.
- National Automotive Sampling System (NASS) database.
- General Motors vehicle specification for the subject Silverado.
- PC-Crash simulation software.

## Site Inspection

The accident site was inspected, photographed, and laser measured on June 18, 2017. Exhibits 1-3 depict the general area of the accident. Exhibit 1 depicts a view of N. Pritchard Ave looking south. Exhibit 2 depicts a view from MacArthur Ave looking in a southwest direction. Exhibit 3 depicts the view of MacArthur Blvd looking in an easterly direction.

## Vehicle Inspection

The subject Chevrolet Silverado was inspected, photographed, and laser measured on July 29, 2016 and on April 26, 2018. Exhibits 4-11 depict overall views of the Chevrolet. The VIN was 1GCNCPEC2FZ166579. The Chevrolet was two-wheel drive and equipped with an automatic transmission. The engine was a 5.3L V-8.

The Chevrolet had minor damage to the right rear bumper and taillight area from colliding with the parked Honda Civic. Exhibit 12 depicts an overall view with three locations of damage (yellow arrows). As seen in Exhibit 12 the lower step portion of the bumper corner was deformed upward. Exhibit 13 depicts some light scuffing/scratching to the lower taillight area. Exhibit 14 depicts light cracking to the upper taillight plastic.

Exhibit 15 depicts minor deformation to the left front corner of the Chevrolet from contacting the CHP Ford Taurus (green arrows). Exhibit 16 depicts a small dent in the metal bumper with white transfers. Additionally, abrasions can be seen to the black trim piece above the dented area. Exhibit 17 depicts light scuffing/scratching to the lower turn signal/marker light area.

## Analysis

Vehicle specifications were researched for all the involved vehicles. The available physical evidence was analyzed, and the data gathered from the site inspection was incorporated into an accident reconstruction. The areas of impact and areas of rest from the TCR measurements were implemented into a scaled scene diagram. Exhibits 18-19 depict the investigating officer's measurements utilized in the reconstruction. In addition to the measurements, scene photographs as depicted in Exhibits 20-22 were used to corroborate the measurements.

A 3-dimensional computer program called PC-Crash was used to analyze the vehicle impact dynamics and the time-distance analysis leading up to impact. The physical evidence (areas of rest) and scaled aerial diagram can be seen in Exhibit 23. Exhibits 24-29 show the overall dynamics of the Chevrolet. Exhibit 24 depicts the start of the simulation (T=0s). Exhibit 25 depicts the impact between the rear of the Chevrolet and left side of the Honda (T~7s). The impact speed of the Chevrolet was estimated at 4-5 mph. The speed change (ΔV) to the Honda was in the

range of 2-3 mph. This was consistent with the minor damage to both vehicles. Additionally, the impact speed was consistent with independent witnesses who testified of not hearing any tire squealing or engine revving consistent with any kind of aggressive driving. There were no acceleration or deceleration tire scuffs documented or observed in the scene photographs.

Exhibit 26 depicts the Chevrolet after it has pulled forward with full right steering and stopped (T~11.4s). Based on the position of the Chevrolet after impacting the Honda and where the pickup ultimately collides with the CHP Taurus, the right steering maneuver cannot be completed in one motion. Based on literature, the Chevrolet has a steering diameter of approximately 40 feet. Exhibit 27 depicts the Chevrolet after is has moved rearward with full left steering and stopped (T~15.7s). Exhibit 28 depicts the Chevrolet now moving forward with full right steer, just prior to the vehicle beginning to coast (T~19.3s). At this point in time the truck is traveling roughly 3 mph and is approximately 15-20 feet from colliding with the CHP Taurus. From the Chevrolet position in Exhibit 28 to the position in Exhibit 29 where impact occurs with the Taurus, the Chevrolet motion was modeled as coasting at approximately 3 mph, with the front wheels steering back to the left. The impact speed of approximately 3 mph was consistent with the minor damage to both vehicles. A plot of the Chevrolet overall speed throughout the simulation can be seen in Exhibit 30. As can be seen from the graph, the total time from the initial reverse movement to impact with the CHP Ford was approximately 23-24 seconds. Additionally, the time from impact with the Honda Civic to the impact with the CHP Ford was roughly 16-17 seconds.

The airbag module was downloaded in the Chevrolet pickup. The airbag module acts as a data recorder in the event of an impact. Typically, the threshold for the module to start recording is in the 5 mph ΔV range. As expected, the airbag module did not have a recording for the subject accident due to the minor severity (Exhibit 31). Additionally, research was performed using the National Automotive Sampling System (NASS) to try and locate similar impacts that did trigger a data recording. Exhibits 32-34 depict a crash involving the right front corner of a 2011 Chevrolet Silverado. The impact produced a ΔV of approximately 4.5 mph as seen from the airbag module download in Exhibit 34. Comparing the impact damage depicted in the NASS example to the subject Chevrolet, the damage to the subject Chevrolet was certainly less severe than the NASS example. Again, the impact speeds and level of damage to the subject Chevrolet and CHP Taurus was consistent with independent witnesses who did not hear tire screeching or engine revving, not consistent with any kind of aggressive driving. There were no acceleration or deceleration tire scuffs documented or observed in the scene photographs.

## Conclusions

Based on review and consideration of the available evidence, scientific literature, published test data, and the writer's education, training, background, and experience the following conclusions were reached to a reasonable degree of scientific probability:

- Mr. Villanueva was driving his Chevrolet westbound in reverse prior to colliding with a parked Honda Civic.
- The impact speed of the Chevrolet when the right rear corner collided with the parked Honda Civic was in the range of 4-5 mph.
- The speed change (ΔV) to the Honda Civic was in the range of 2-3 mph.
- After impact with the Honda Civic, Mr. Villanueva began to maneuver the Chevrolet toward a southbound heading.
- The left front of the Chevrolet subsequently collided with the left rear door of the CHP Ford Taurus.

D. Brian Garcia, Esq.                                                  MEC# 160237
Villanueva v. State of California, et al.                              6/25/2018
Accident Reconstruction Analysis                                       Page 4 of 34

- The movement of the Chevrolet from impact with the Honda Civic to impacting the CHP Ford could not be done in one maneuver due to the proximity of the vehicles.
- The Chevrolet was traveling 3-5 mph when it collided with CHP Ford.
- The impact speeds and maneuvers of the Chevrolet were not consistent with aggressive driving by Mr. Villanueva.
- The independent witness testimony of not hearing tires squealing or an engine revving was also not consistent with aggressive driving by Mr. Villanueva. Similarly, no acceleration or deceleration tire scuffs were documented or observed in the scene photographs.

The opinions and conclusions expressed in this report are based upon the information and materials provided to the writer as of the date of this report. If additional information becomes available then the author reserves the right to review this information, which may or may not change the opinions and conclusions expressed in this report.

Respectfully submitted,

Edward C. Fatzinger Jr., MS, PE
Senior Forensic Engineer

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 5 of 34

## EXHIBIT 1



## EXHIBIT 2



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 6 of 34

EXHIBIT 3



EXHIBIT 4



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 7 of 34

EXHIBIT 5



EXHIBIT 6



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 8 of 34

## EXHIBIT 7



## EXHIBIT 8



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 9 of 34

## EXHIBIT 9



## EXHIBIT 10



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 10 of 34

## EXHIBIT 11



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 11 of 34

## EXHIBIT 12



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 12 of 34



EXHIBIT 13



EXHIBIT 14



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 13 of 34

## EXHIBIT 15



## EXHIBIT 16



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 14 of 34

EXHIBIT 17



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

## EXHIBIT 18



CHP-001931

# EXHIBIT 19

CRIME LAB
ORANGE COUNTY, CALIFORNIA

**OC CRIME LAB**
IDENTIFICATION BUREAU
CRIME SCENE NOTES
L. Pena-Sanchez, Sr. Forensic Specialist

FR# 16-51075-1
Date: 7-4-16 HLP

## CRIME SCENE MEASUREMENTS

| ITEM #'S Evidence Markers | DESCRIPTION OF ITEM | | DISTANCE FROM REFERENCE POINT RP1 W/CL OF PRITCHARD | RP2 ~~N/C-L OF MAC ARTHUR~~ Pole LP | |
|---|---|---|---|---|---|
| | BLACK FORD TAURUS | LF | 26 5 | ~~45 6~~ 20 10 | |
| | CA# [redacted] | RR | 25 11 | 5 5 | |
| | RED ~~FORD~~ HLP CHEVROLET TRUCK | LF | 22 2 | 13 2 | |
| | SILVERADO CA# 2641701 | RR | 14 9 | 27 11 | |
| | BLACK+WHITE FORD EXPLORER | LF | 12 4 | Ø | |
| | CHP UNIT CA# [redacted] HR | RR | 17 8 | 14 3 | |
| 1 | Clothes, blk t-shirt, cut jeans, wallet, white/black/white shoes, blk socks, bullet frag. (app. bullet jacket frag.) | | 23 9 | 21 2 | |
| | body: head | | | 29 10 | |
| | feet | | | 25 4 | |
| 2 | C/C WIN .40 S+W / App. bullet jacket frag LP under Chevy | | 22 0 | 24 4 | |
| 3 | on ground | | 18 2 | 4 12 | |
| 4 | C/C WIN .40 S+W on ground | | 18 2 | Ø | |
| 5 | magazine on ground | | 34 1 | 10 2 | |
| 6 | C/C WIN .40 S+W on ground | | 47 2 | 12 3 | |
| 7 | " " | | 43 8 | 15 0 | |
| 8 | " " | | 45 1 | 16 6 | |
| 9 | " " | | 43 10 | 17 8 | |
| 10 | " " | | 42 9 | 17 0 | |
| 11 | " " | | 40 10 LP | 17 2 | |
| 12 | " " | | ~~38 10~~ 37 3 | 20 10 | |
| 13 | " " | | 40 10 | 22 10 | |
| 14 | " " | | 47 2 | 23 8 | |
| 15 | " " | | 47 2 | 28 2 | |
| 16 | " " | | 41 1 | 27 11 | |
| 17 | " " | | 38 10 | 28 4 | |
| | Honda Civic CA# 6BWK915 | LF | 51 1 | LP ~~32~~ 21 12 | |
| | Blue | RR | 41 2 | LP ~~27 10~~ 14 3 | |
| 18 | App. bullet jacket frag. on hood of Honda | | 13 2 | 55 3 | |
| 19 | App. bullet frag. in bed of truck Chevy | | 16 12 | 25 5 | |

E.9

INITIALS: LP PAGE 6 OF 8

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 17 of 34

EXHIBIT 20 



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 18 of 34

EXHIBIT 21



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 19 of 34

EXHIBIT 22



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 20 of 34

EXHIBIT 23



EXHIBIT 24



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 21 of 34

## EXHIBIT 25



## EXHIBIT 26



## EXHIBIT 27



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 1602237
6/25/2018
Page 22 of 34

## EXHIBIT 28



## EXHIBIT 29



## EXHIBIT 30



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 23 of 34

## EXHIBIT 31

 

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1GCNCPEC2FZ166579 |
| User | ECF |
| Case Number | |
| EDR Data Imaging Date | 07/29/2016 |
| Crash Date | |
| Filename | 1GCNCPEC2FZ166579_ACM.CDRX |
| Saved on | Friday, July 29 2016 at 13:57:27 |
| Collected with CDR version | Crash Data Retrieval Tool 16.6 |
| Reported with CDR version | Crash Data Retrieval Tool 16.6 |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | NONE |

## Comments
DLC Download

## Data Limitations

**Recorded Crash Events:**
There are two types of recorded crash events for Front, Side, and Rear (FSR) Events. The first is the Non-Deployment Event. A Non-Deployment Event records data but does not deploy the air bag(s). The minimum SDM Recorded Vehicle Velocity Change, that is needed to record a Non-Deployment Event, is five MPH [8 km/h]. A Non-Deployment Event contains Pre-Crash and Crash data. The oldest Non-Deployment event can be overwritten by a Deployment Event, if all three records are full and the Non-Deployment Event is not locked. A Non-Deployment Event can be overwritten by a more recent Non-Deployment Event if all three records are full and the Non-Deployment is older than approximately 250 ignition cycles. Also, a Non-Deployment event can be recorded if one of the following occurs without the Deployment of any of the frontal air bags, side air bags, or roll bars:
        -Pretensioner(s) only Deployment
        -Head Rest Deployment
        -Battery Cut-Off Deployment
The second type of SDM recorded crash event for FSR Events is the Deployment Event. It also contains Pre-Crash and Crash data. Deployment Events cannot be overwritten or cleared by the SDM.
Rollover Events contains Pre-Crash and Crash data. Rollover event follow the same rules as FSR Deployment events. The SDM can store up to three Events.

**Data:**
For FSR Events, SDM Recorded Vehicle Velocity Change reflects the change in velocity that the sensing system experienced during the recorded portion of the event. SDM Recorded Vehicle Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity. For Deployment and Non-Deployment Events, the SDM will record up to 300 milliseconds of data after time zero. The SDM will also record up to 300 milliseconds of Vehicle Acceleration data after time zero.
For Rollover Events, the SDM may record Lateral Acceleration, Vertical Acceleration, and Roll Rate data, if the SDM is rollover capable. This data reflects what the sensing system experienced during the recorded portion of the event. For Rollover Deployment Events, the SDM will record up to 700 milliseconds of data before the Deployment criteria is met and 290 milliseconds after the Deployment criteria is met.
-Deployment loops may be displayed as being deployed in a Non-Deployment event record, if a Deployment event is qualified during the Non-Deployment event. That is, if two or more events are occurring at the same time and one is a Non-Deployment event and one of the others is a Deployment event, and the Deployment event is qualified while the Non-Deployment is still active, the deployed loops may be recorded in the Non-Deployment event record.
-Time between events is recorded in 10 msec intervals and is displayed in seconds for a maximum time of 655.33 seconds. The counter measures the time from the start of one event to the start of the next event if both events occur within the same ignition cycle.
-The Maximum SDM Recorded Vehicle Velocity Change may occur between the recorded 10 millisecond sample points of the SDM Recorded Vehicle Velocity Change.
-Event Recording Complete will indicate if data from the recorded event has been fully written to the SDM memory or if it has been interrupted and not fully written.
-SDM Recorded Vehicle Speed accuracy can be affected by various factors, including but not limited to the following:
        -Significant changes in the tire's rolling radius
        -Final drive axle ratio changes
        -Wheel lockup and wheel slip

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 24 of 34

   

-Brake Switch Circuit Status indicates the open/closed state of the brake switch circuit.
-Pre-Crash data is recorded asynchronously. The 0.5 second Pre-crash data value (most recent recorded data point) is the data point last sampled before Time Zero. That is to say, the last data point may have been captured just before Time Zero but no more than 0.5 second before Time Zero. All subsequent Pre-crash data values are referenced from this data point.
-Pre-Crash Electronic Data Validity Check Status indicates "Data Invalid" if:
        -The SDM receives a message with an "invalid" flag from the module sending the pre-crash data
-Pre-Crash Electronic Data Validity Check Status indicates "Data Not Available" if:
        -No data is received from the module sending the pre-crash data
-For diesel powered vehicles, the data displayed as Throttle Position (%) is actually the data for the Air Inlet Flap Position. This is not the same as the throttle position for a gasoline powered engines.
-Belt Switch Circuit Status indicates the status of the seat belt switch circuit.
-The ignition cycle counter will increment when the power mode cycles from OFF/Accessory to RUN. Applying and removing of battery power to the module will not increment the ignition cycle counter.
-Ignition Cycles Since DTCs Were Last Cleared can record a maximum value of 253 cycles and can only be reset by a scan tool.
-Dynamic Deployment Event Counter tracks the number of Deployment events that have occurred during the SDM's lifetime.
-Dynamic Event Counter tracks the number of qualified events (either Deployments, Non-deploy, or Rollover events) that have occurred during the SDM's lifetime.
-For Deployment Events, DTC B0052 (Deployment commanded) shall be recorded with the remainder of the data for this event even though it occurred after Event Enable.
-Once a firing loop has been commanded to be deployed, it will not be commanded to be deployed again during the same ignition cycle. Firing loop times for subsequent deployment type events, during the same ignition cycle, will record the deployment times as N/A.
-In an event where the module is operating on energy reserve, the Dynamic counters may report a value that is less than the actual value. If the stored values in the Dynamic counters are less than the counter values in the event records or if more than one event record has the same counter value as another, the module may have been operating on its energy reserve.
-The GM parameter name is displayed in parentheses after the NHTSA Part 563 parameter name.
-The reported range of the longitudinal and lateral acceleration values is approximately ± 105 g.
-All data should be examined in conjunction with other available physical evidence from the vehicle and scene.

**Data Source:**
All SDM recorded data is measured, calculated, and stored internally, except for the following:
-Vehicle Status Data (Pre-Crash) is transmitted by the Body Control Module, via the vehicle's communication network.
-The Belt Switch Circuit is wired directly to the SDM.

**Data Element Sign Convention:**
The following table provides an explanation of the sign notation for data elements that may be included in this CDR report. Directional references to sign notation are all from the perspective of the driver when seated in the vehicle facing the direction of forward vehicle travel.

| Data Element Name | Positive Sign Notation Indicates |
| --- | --- |
| Longitudinal Acceleration | Forward |
| Longitudinal Velocity Change | Forward |
| Lateral Acceleration | Left to Right |
| Lateral Velocity Change | Left to Right |
| Vertical Acceleration | Downward |
| Roll Rate | Clockwise Rotation |

**Hexadecimal Data:**
Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report. The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program. The control module contains additional data that is not retrievable by the CDR tool.

01050_SDM30-delphi_r012

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 25 of 34

  

## System Status at Time of Retrieval

| | |
|---|---|
| Dynamic Deployment Event Counter | 0 |
| Multi-Event, Number of Events (Dynamic Event Counter) | 0 |
| Dynamic OnStar Notification Event Counter | 0 |
| Vehicle Identification Number (VIN) | 1GCNCPEC2FZ166579 |
| Ignition Cycle, Download (Ignition Cycles in Investigation) | 6535 |
| End Model Part Number | 00CF6F22 |
| System Type | N/A |
| Software Module Identifier 1 | 00CF6F21 |
| Software Module Identifier 2 | 016214F1 |
| Software Module Identifier 3 | 01621D42 |
| Manufacturing Traceability Data, Component Identifier | K1 |
| Manufacturing Traceability Data, Part Number/Broadcast Code | 1426 |
| Manufacturing Traceability Data, Supplier Code | 5 |
| Manufacturing Traceability Data, Traceability Number | 3M11CZW00 |
| ESS # 1 Traceability Data, Component Identifier | AU |
| ESS # 1 Traceability Data, Part Number/Broadcast Code | 8677 |
| ESS # 1 Traceability Data, Supplier Code | D |
| ESS # 1 Traceability Data, Traceability Number | P17143B40 |
| ESS # 2 Traceability Data, Component Identifier | AT |
| ESS # 2 Traceability Data, Part Number/Broadcast Code | 8677 |
| ESS # 2 Traceability Data, Supplier Code | D |
| ESS # 2 Traceability Data, Traceability Number | P17149B40 |
| ESS # 3 Traceability Data, Component Identifier | AH |
| ESS # 3 Traceability Data, Part Number/Broadcast Code | 8676 |
| ESS # 3 Traceability Data, Supplier Code | D |
| ESS # 3 Traceability Data, Traceability Number | A91BCE903 |
| ESS # 4 Traceability Data, Component Identifier | AJ |
| ESS # 4 Traceability Data, Part Number/Broadcast Code | 8676 |
| ESS # 4 Traceability Data, Supplier Code | D |
| ESS # 4 Traceability Data, Traceability Number | AE5B9E903 |
| ESS # 5 Traceability Data, Component Identifier | ?? |
| ESS # 5 Traceability Data, Part Number/Broadcast Code | 8678 |
| ESS # 5 Traceability Data, Supplier Code | D |
| ESS # 5 Traceability Data, Traceability Number | A00000000 |
| ESS # 6 Traceability Data, Component Identifier | ?? |
| ESS # 6 Traceability Data, Part Number/Broadcast Code | 8678 |
| ESS # 6 Traceability Data, Supplier Code | D |
| ESS # 6 Traceability Data, Traceability Number | A00000000 |
| ESS # 7 Traceability Data, Component Identifier | ?? |
| ESS # 7 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 7 Traceability Data, Supplier Code | D |
| ESS # 7 Traceability Data, Traceability Number | A00000000 |
| ESS # 8 Traceability Data, Component Identifier | ?? |
| ESS # 8 Traceability Data, Part Number/Broadcast Code | 0000 |
| ESS # 8 Traceability Data, Supplier Code | D |
| ESS # 8 Traceability Data, Traceability Number | A00000000 |

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis





**Hexadecimal Data**

```
DPID $11
FF F0 00 F0 C6 7C 04

DPID $15
01 02 03 04 05 06 07

DPID $16
08 09 0A 0D 0E 27 27

DPID $17
27 27 27 27 27 27 00

DPID $32
FA FF 19 87 00 00 00

DPID $35
78 00 00 00 00 00 00

DID $01
41 55 38 36 37 37 44 50 31 37 31 34 33 42 34 30

DID $03
41 54 38 36 37 37 44 50 31 37 31 34 39 42 34 30

DID $05
41 48 38 36 37 36 44 41 39 31 42 43 45 39 30 33

DID $07
41 4A 38 36 37 36 44 41 45 35 42 39 45 39 30 33

DID $09
01 00 38 36 37 38 44 41 30 30 30 30 30 30 30 30

DID $0B
01 00 38 36 37 38 44 41 30 30 30 30 30 30 30 30

DID $0D
01 00 30 30 30 30 44 41 30 30 30 30 30 30 30 30

DID $0F
01 00 30 30 30 30 44 41 30 30 30 30 30 30 30 30

DID $30
00 00 00 00

DID $90
31 47 43 4E 43 50 45 43 32 46 5A 31 36 36 35 37 39

DID $9A
0B 11

DID $B4
4B 31 31 34 32 36 35 33 4D 31 31 43 5A 57 30 30

DID $C1
00 CF 6F 21

DID $C2
01 62 14 F1

DID $C3
```

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 27 of 34





```
01 62 1D 42

DID $CB
00 CF 6F 22

DID $31

0000   FF FF FF FF FF FF FF FF FF FF
0010   FF FF FF FF FF FF FF FF FF FF
0020   FF FF FF FF FF FF FF FF FF FF
0030   FF FF FF FF FF FF FF FF FF FF
0040   FF FF FF FF FF FF FF FF FF FF
0050   FF FF FF FF FF FF FF FF FF FF
0060   FF FF FF FF FF FF FF FF FF FF
0070   FF FF FF FF FF FF FF FF FF FF
0080   FF FF FF FF FF FF FF FF FF FF
0090   FF FF FF FF FF FF FF FF FF FF
0100   FF FF FF FF FF FF FF FF FF FF
0110   FF FF FF FF FF FF FF FF FF FF
0120   FF FF FF FF FF FF FF FF FF FF
0130   FF FF FF FF FF FF FF FF FF FF
0140   FF FF FF FF FF FF FF FF FF FF
0150   FF FF FF FF FF FF FF FF FF FF
0160   FF FF FF FF FF FF FF FF FF FF
0170   FF FF FF FF FF FF FF FF FF FF
0180   FF FF FF FF FF FF FF FF FF FF
0190   FF FF FF FF FF FF FF FF FF FF
0200   FF FF FF FF FF FF FF FF FF FF
0210   FF FF FF FF FF FF FF FF FF FF
0220   FF FF FF FF FF FF FF FF FF FF
0230   FF FF FF FF FF FF FF FF FF FF
0240   FF FF FF FF FF FF FF FF FF FF
0250   FF FF FF FF FF FF FF FF FF FF
0260   FF FF FF FF FF FF FF FF FF FF
0270   FF FF FF FF FF FF FF FF FF FF
0280   FF FF FF FF FF FF FF FF FF FF
0290   FF FF FF FF FF FF FF FF FF FF
0300   FF FF FF FF FF FF FF FF FF FF
0310   FF FF FF FF FF FF FF FF FF FF
0320   FF FF FF FF FF FF FF FF FF FF
0330   FF FF FF FF FF FF FF FF FF FF
0340   FF FF FF FF FF FF FF FF FF FF
0350   FF FF FF FF FF FF FF FF FF FF
0360   FF FF FF FF FF FF FF FF FF FF
0370   FF FF FF FF FF FF FF FF FF FF
0380   FF FF FF FF FF FF FF FF FF FF
0390   FF FF FF FF FF FF FF FF FF FF
0400   FF FF FF FF FF FF FF FF FF FF
0410   FF FF FF FF FF FF FF FF FF FF
0420   FF FF FF FF FF FF FF FF FF FF
0430   FF FF FF FF FF FF FF FF FF FF
0440   FF FF FF FF FF FF FF FF FF FF
0450   FF FF FF FF FF FF FF FF FF FF
0460   FF FF FF FF FF FF FF FF FF FF
0470   FF FF FF FF FF FF FF FF FF FF
0480   FF FF FF FF FF FF FF FF FF FF
0490   FF FF FF FF FF FF FF FF FF FF
0500   FF FF FF FF FF FF FF FF FF FF
0510   FF FF FF FF FF FF FF FF FF FF
0520   FF FF FF FF FF FF FF FF FF FF
0530   FF FF FF FF FF FF FF FF FF FF
0540   FF FF FF FF FF FF FF FF FF FF
0550   FF FF FF FF FF FF FF FF FF FF
0560   FF FF FF FF FF FF FF FF FF FF
0570   FF FF FF FF FF FF FF FF FF FF
```

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 28 of 34



```
0580   FF FF FF FF FF FF FF FF FF FF
0590   FF FF FF FF FF FF FF FF FF FF
0600   FF FF FF FF FF FF FF FF FF FF
0610   FF FF FF FF FF FF FF FF FF FF
0620   FF FF FF FF FF FF FF FF FF FF
0630   FF FF FF FF FF FF FF FF FF FF
0640   FF FF FF FF FF FF FF FF FF FF
0650   FF FF FF FF FF FF FF FF FF FF
0660   FF FF FF FF FF FF FF FF FF FF
0670   FF FF FF FF FF FF FF FF FF FF
0680   FF FF FF FF FF FF FF FF FF FF
0690   FF FF FF FF FF FF FF FF FF FF
0700   FF FF FF FF FF FF FF FF FF FF
0710   FF FF FF FF FF FF FF FF FF FF
0720   FF FF FF FF FF FF FF FF FF FF
0730   FF FF FF FF FF FF FF FF FF FF
0740   FF FF FF FF FF FF FF FF FF FF
0750   FF FF FF FF FF FF FF FF FF FF
0760   FF FF FF FF FF FF FF FF FF FF
0770   FF FF FF FF FF FF FF FF FF FF
0780   FF FF FF FF FF FF FF FF FF FF
0790   FF FF FF FF FF FF FF FF FF FF
0800   FF FF FF FF FF FF FF FF FF FF
0810   FF FF FF FF FF FF FF FF FF FF
0820   FF FF FF FF FF FF FF FF FF FF
0830   FF FF FF FF FF FF FF FF FF FF
0840   FF FF FF FF FF FF FF FF FF FF
0850   FF FF FF FF FF FF FF FF FF FF
0860   FF FF FF FF FF FF FF FF FF FF
0870   FF FF FF FF FF FF FF FF FF FF
0880   FF FF FF FF FF FF FF FF FF FF
0890   FF FF FF FF FF FF FF FF FF FF
0900   FF FF FF FF FF FF FF FF FF FF
0910   FF FF FF FF FF FF FF FF FF FF
0920   FF FF FF FF FF FF FF FF FF FF
0930   FF FF FF FF FF FF FF FF FF FF
0940   FF FF FF FF FF FF FF FF FF FF
0950   FF FF FF FF FF FF FF FF FF FF
0960   FF FF FF FF FF FF FF FF FF FF
0970   FF FF FF FF FF FF FF FF FF FF
0980   FF FF FF FF FF FF FF FF FF FF
0990   FF FF FF FF FF FF FF FF FF FF
1000   FF FF FF FF FF FF FF FF FF FF
1010   FF FF FF FF FF FF FF FF FF FF
1020   FF FF FF FF FF FF FF FF FF FF
1030   FF FF FF FF FF FF FF FF FF FF
1040   FF FF FF FF FF FF FF FF FF FF
1050   FF FF FF FF FF FF FF FF FF FF
1060   FF FF FF FF FF FF FF FF FF FF
1070   FF FF FF FF FF FF FF FF FF FF
1080   FF FF FF FF FF FF FF FF FF FF
1090   FF FF FF FF FF FF FF FF FF FF
1100   FF FF FF FF FF FF FF FF FF FF
1110   FF FF FF FF FF FF FF FF FF FF
1120   FF FF FF FF FF FF FF FF FF FF
1130   FF FF FF FF FF FF FF FF FF FF
1140   FF FF FF FF FF FF FF FF FF FF
1150   FF FF FF FF FF FF FF FF FF FF
1160   FF FF FF FF FF FF FF FF FF FF
1170   FF FF FF FF FF FF FF FF FF FF
1180   FF FF FF FF FF FF FF FF FF FF
1190   FF FF FF FF FF FF FF FF FF FF
1200   FF
```

DID $32

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 29 of 34

 

```
0000    FF FF FF FF FF FF FF FF FF FF
0010    FF FF FF FF FF FF FF FF FF FF
0020    FF FF FF FF FF FF FF FF FF FF
0030    FF FF FF FF FF FF FF FF FF FF
0040    FF FF FF FF FF FF FF FF FF FF
0050    FF FF FF FF FF FF FF FF FF FF
0060    FF FF FF FF FF FF FF FF FF FF
0070    FF FF FF FF FF FF FF FF FF FF
0080    FF FF FF FF FF FF FF FF FF FF
0090    FF FF FF FF FF FF FF FF FF FF
0100    FF FF FF FF FF FF FF FF FF FF
0110    FF FF FF FF FF FF FF FF FF FF
0120    FF FF FF FF FF FF FF FF FF FF
0130    FF FF FF FF FF FF FF FF FF FF
0140    FF FF FF FF FF FF FF FF FF FF
0150    FF FF FF FF FF FF FF FF FF FF
0160    FF FF FF FF FF FF FF FF FF FF
0170    FF FF FF FF FF FF FF FF FF FF
0180    FF FF FF FF FF FF FF FF FF FF
0190    FF FF FF FF FF FF FF FF FF FF
0200    FF FF FF FF FF FF FF FF FF FF
0210    FF FF FF FF FF FF FF FF FF FF
0220    FF FF FF FF FF FF FF FF FF FF
0230    FF FF FF FF FF FF FF FF FF FF
0240    FF FF FF FF FF FF FF FF FF FF
0250    FF FF FF FF FF FF FF FF FF FF
0260    FF FF FF FF FF FF FF FF FF FF
0270    FF FF FF FF FF FF FF FF FF FF
0280    FF FF FF FF FF FF FF FF FF FF
0290    FF FF FF FF FF FF FF FF FF FF
0300    FF FF FF FF FF FF FF FF FF FF
0310    FF FF FF FF FF FF FF FF FF FF
0320    FF FF FF FF FF FF FF FF FF FF
0330    FF FF FF FF FF FF FF FF FF FF
0340    FF FF FF FF FF FF FF FF FF FF
0350    FF FF FF FF FF FF FF FF FF FF
0360    FF FF FF FF FF FF FF FF FF FF
0370    FF FF FF FF FF FF FF FF FF FF
0380    FF FF FF FF FF FF FF FF FF FF
0390    FF FF FF FF FF FF FF FF FF FF
0400    FF FF FF FF FF FF FF FF FF FF
0410    FF FF FF FF FF FF FF FF FF FF
0420    FF FF FF FF FF FF FF FF FF FF
0430    FF FF FF FF FF FF FF FF FF FF
0440    FF FF FF FF FF FF FF FF FF FF
0450    FF FF FF FF FF FF FF FF FF FF
0460    FF FF FF FF FF FF FF FF FF FF
0470    FF FF FF FF FF FF FF FF FF FF
0480    FF FF FF FF FF FF FF FF FF FF
0490    FF FF FF FF FF FF FF FF FF FF
0500    FF FF FF FF FF FF FF FF FF FF
0510    FF FF FF FF FF FF FF FF FF FF
0520    FF FF FF FF FF FF FF FF FF FF
0530    FF FF FF FF FF FF FF FF FF FF
0540    FF FF FF FF FF FF FF FF FF FF
0550    FF FF FF FF FF FF FF FF FF FF
0560    FF FF FF FF FF FF FF FF FF FF
0570    FF FF FF FF FF FF FF FF FF FF
0580    FF FF FF FF FF FF FF FF FF FF
0590    FF FF FF FF FF FF FF FF FF FF
0600    FF FF FF FF FF FF FF FF FF FF
0610    FF FF FF FF FF FF FF FF FF FF
0620    FF FF FF FF FF FF FF FF FF FF
0630    FF FF FF FF FF FF FF FF FF FF
```

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 30 of 34

 

```
0640   FF FF FF FF FF FF FF FF FF FF
0650   FF FF FF FF FF FF FF FF FF FF
0660   FF FF FF FF FF FF FF FF FF FF
0670   FF FF FF FF FF FF FF FF FF FF
0680   FF FF FF FF FF FF FF FF FF FF
0690   FF FF FF FF FF FF FF FF FF FF
0700   FF FF FF FF FF FF FF FF FF FF
0710   FF FF FF FF FF FF FF FF FF FF
0720   FF FF FF FF FF FF FF FF FF FF
0730   FF FF FF FF FF FF FF FF FF FF
0740   FF FF FF FF FF FF FF FF FF FF
0750   FF FF FF FF FF FF FF FF FF FF
0760   FF FF FF FF FF FF FF FF FF FF
0770   FF FF FF FF FF FF FF FF FF FF
0780   FF FF FF FF FF FF FF FF FF FF
0790   FF FF FF FF FF FF FF FF FF FF
0800   FF FF FF FF FF FF FF FF FF FF
0810   FF FF FF FF FF FF FF FF FF FF
0820   FF FF FF FF FF FF FF FF FF FF
0830   FF FF FF FF FF FF FF FF FF FF
0840   FF FF FF FF FF FF FF FF FF FF
0850   FF FF FF FF FF FF FF FF FF FF
0860   FF FF FF FF FF FF FF FF FF FF
0870   FF FF FF FF FF FF FF FF FF FF
0880   FF FF FF FF FF FF FF FF FF FF
0890   FF FF FF FF FF FF FF FF FF FF
0900   FF FF FF FF FF FF FF FF FF FF
0910   FF FF FF FF FF FF FF FF FF FF
0920   FF FF FF FF FF FF FF FF FF FF
0930   FF FF FF FF FF FF FF FF FF FF
0940   FF FF FF FF FF FF FF FF FF FF
0950   FF FF FF FF FF FF FF FF FF FF
0960   FF FF FF FF FF FF FF FF FF FF
0970   FF FF FF FF FF FF FF FF FF FF
0980   FF FF FF FF FF FF FF FF FF FF
0990   FF FF FF FF FF FF FF FF FF FF
1000   FF FF FF FF FF FF FF FF FF FF
1010   FF FF FF FF FF FF FF FF FF FF
1020   FF FF FF FF FF FF FF FF FF FF
1030   FF FF FF FF FF FF FF FF FF FF
1040   FF FF FF FF FF FF FF FF FF FF
1050   FF FF FF FF FF FF FF FF FF FF
1060   FF FF FF FF FF FF FF FF FF FF
1070   FF FF FF FF FF FF FF FF FF FF
1080   FF FF FF FF FF FF FF FF FF FF
1090   FF FF FF FF FF FF FF FF FF FF
1100   FF FF FF FF FF FF FF FF FF FF
1110   FF FF FF FF FF FF FF FF FF FF
1120   FF FF FF FF FF FF FF FF FF FF
1130   FF FF FF FF FF FF FF FF FF FF
1140   FF FF FF FF FF FF FF FF FF FF
1150   FF FF FF FF FF FF FF FF FF FF
1160   FF FF FF FF FF FF FF FF FF FF
1170   FF FF FF FF FF FF FF FF FF FF
1180   FF FF FF FF FF FF FF FF FF FF
1190   FF FF FF FF FF FF FF FF FF FF
1200   FF

DID $33

0000   FF FF FF FF FF FF FF FF FF FF
0010   FF FF FF FF FF FF FF FF FF FF
0020   FF FF FF FF FF FF FF FF FF FF
0030   FF FF FF FF FF FF FF FF FF FF
0040   FF FF FF FF FF FF FF FF FF FF
```

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 31 of 34





```
0050   FF FF FF FF FF FF FF FF FF FF
0060   FF FF FF FF FF FF FF FF FF FF
0070   FF FF FF FF FF FF FF FF FF FF
0080   FF FF FF FF FF FF FF FF FF FF
0090   FF FF FF FF FF FF FF FF FF FF
0100   FF FF FF FF FF FF FF FF FF FF
0110   FF FF FF FF FF FF FF FF FF FF
0120   FF FF FF FF FF FF FF FF FF FF
0130   FF FF FF FF FF FF FF FF FF FF
0140   FF FF FF FF FF FF FF FF FF FF
0150   FF FF FF FF FF FF FF FF FF FF
0160   FF FF FF FF FF FF FF FF FF FF
0170   FF FF FF FF FF FF FF FF FF FF
0180   FF FF FF FF FF FF FF FF FF FF
0190   FF FF FF FF FF FF FF FF FF FF
0200   FF FF FF FF FF FF FF FF FF FF
0210   FF FF FF FF FF FF FF FF FF FF
0220   FF FF FF FF FF FF FF FF FF FF
0230   FF FF FF FF FF FF FF FF FF FF
0240   FF FF FF FF FF FF FF FF FF FF
0250   FF FF FF FF FF FF FF FF FF FF
0260   FF FF FF FF FF FF FF FF FF FF
0270   FF FF FF FF FF FF FF FF FF FF
0280   FF FF FF FF FF FF FF FF FF FF
0290   FF FF FF FF FF FF FF FF FF FF
0300   FF FF FF FF FF FF FF FF FF FF
0310   FF FF FF FF FF FF FF FF FF FF
0320   FF FF FF FF FF FF FF FF FF FF
0330   FF FF FF FF FF FF FF FF FF FF
0340   FF FF FF FF FF FF FF FF FF FF
0350   FF FF FF FF FF FF FF FF FF FF
0360   FF FF FF FF FF FF FF FF FF FF
0370   FF FF FF FF FF FF FF FF FF FF
0380   FF FF FF FF FF FF FF FF FF FF
0390   FF FF FF FF FF FF FF FF FF FF
0400   FF FF FF FF FF FF FF FF FF FF
0410   FF FF FF FF FF FF FF FF FF FF
0420   FF FF FF FF FF FF FF FF FF FF
0430   FF FF FF FF FF FF FF FF FF FF
0440   FF FF FF FF FF FF FF FF FF FF
0450   FF FF FF FF FF FF FF FF FF FF
0460   FF FF FF FF FF FF FF FF FF FF
0470   FF FF FF FF FF FF FF FF FF FF
0480   FF FF FF FF FF FF FF FF FF FF
0490   FF FF FF FF FF FF FF FF FF FF
0500   FF FF FF FF FF FF FF FF FF FF
0510   FF FF FF FF FF FF FF FF FF FF
0520   FF FF FF FF FF FF FF FF FF FF
0530   FF FF FF FF FF FF FF FF FF FF
0540   FF FF FF FF FF FF FF FF FF FF
0550   FF FF FF FF FF FF FF FF FF FF
0560   FF FF FF FF FF FF FF FF FF FF
0570   FF FF FF FF FF FF FF FF FF FF
0580   FF FF FF FF FF FF FF FF FF FF
0590   FF FF FF FF FF FF FF FF FF FF
0600   FF FF FF FF FF FF FF FF FF FF
0610   FF FF FF FF FF FF FF FF FF FF
0620   FF FF FF FF FF FF FF FF FF FF
0630   FF FF FF FF FF FF FF FF FF FF
0640   FF FF FF FF FF FF FF FF FF FF
0650   FF FF FF FF FF FF FF FF FF FF
0660   FF FF FF FF FF FF FF FF FF FF
0670   FF FF FF FF FF FF FF FF FF FF
0680   FF FF FF FF FF FF FF FF FF FF
0690   FF FF FF FF FF FF FF FF FF FF
```

D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 32 of 34





```
0700   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0710   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0720   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0730   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0740   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0750   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0760   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0770   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0780   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0790   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0800   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0810   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0820   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0830   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0840   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0850   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0860   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0870   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0880   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0890   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0900   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0910   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0920   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0930   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0940   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0950   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0960   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0970   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0980   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
0990   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1000   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1010   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1020   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1030   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1040   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1050   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1060   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1070   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1080   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1090   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1100   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1110   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1120   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1130   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1140   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1150   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1160   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1170   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1180   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1190   FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
1200   FF
```

**Disclaimer of Liability**

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information
supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers,
employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted
software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages
arising from or related to the CDR data, CDR software or use thereof.

## EXHIBIT 32



## EXHIBIT 33



D. Brian Garcia, Esq.
Villanueva v. State of California, et al.
Accident Reconstruction Analysis

MEC# 160237
6/25/2018
Page 34 of 34

EXHIBIT 34

NASS Case Number: 2011-49-100

**Longitudinal Delta V**

| Time (ms) | Delta V (MPH) |
|---|---|
| 10 | 0 |
| 20 | -.6 |
| 30 | -.6 |
| 40 | -1.2 |
| 50 | -1.9 |
| 60 | -1.9 |
| 70 | -1.9 |
| 80 | -1.9 |
| 90 | -2.5 |
| 100 | -2.5 |
| 110 | -3.1 |
| 120 | -3.1 |
| 130 | -3.1 |
| 140 | -3.7 |
| 150 | -3.7 |
| 160 | -3.7 |
| 170 | -3.7 |
| 180 | -3.7 |
| 190 | -3.7 |
| 200 | -3.7 |
| 210 | -3.7 |
| 220 | -3.7 |
| 230 | -3.7 |
| 240 | -3.7 |
| 250 | -3.7 |
| 260 | -3.7 |
| 270 | -3.7 |
| 280 | -3.7 |
| 290 | -3.7 |
| 300 | -3.7 |

**Lateral Delta V**

| Time (ms) | Delta V (MPH) |
|---|---|
| 10 | 0 |
| 20 | 0 |
| 30 | -.6 |
| 40 | -.6 |
| 50 | -.6 |
| 60 | 0 |
| 70 | 0 |
| 80 | 0 |
| 90 | 0 |
| 100 | -.6 |
| 110 | -1.2 |
| 120 | -1.9 |
| 130 | -1.9 |
| 140 | -1.9 |
| 150 | -.6 |
| 160 | -.6 |
| 170 | -.6 |
| 180 | -.6 |
| 190 | -1.2 |
| 200 | -1.9 |
| 210 | -2.5 |
| 220 | -2.5 |
| 230 | -1.2 |
| 240 | -.6 |
| 250 | -.6 |
| 260 | 0 |
| 270 | -.6 |
| 280 | -.6 |
| 290 | -1.2 |
| 300 | -1.2 |