```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4
       ARMANDO VILLANUEVA and          )
 5     HORTENCIA SAINZ, individually   )
       and as successor in interest to )
 6     Pedro Villanueva, deceased; and )
       FRANCISCO OROZCO, individually, )CASE NO.
 7                                     )8:17-cv-01302-JLS (KESx)
                         Plaintiffs,   )
 8                                     )
                  vs.                  )
 9                                     )
       STATE OF CALIFORNIA; JON        )
10     CLEVELAND; RICH HENDERSON; and  )
       DOES 1-10, inclusive,           )
11                                     )
                         Defendants.   )
12     _____)

13

14

15

16

17            VIDEOTAPED DEPOSITION OF RICHARD HENDERSON

18                      BEVERLY HILLS, CALIFORNIA

19                     FRIDAY, OCTOBER 20, 2017

20

21

22

23

24   SUMMER JIMENEZ
     RPR, CSR 12917
25
```

|  |  |  |
|---|---|---|
| | 1 | direction of anyone before the date of this incident? |
| | 2 | A.   Yes, sir. |
| | 3 | Q.   On how many occasions would you say? |
| | 4 | A.   I would have to think for probably several hours |
| 04:50PM | 5 | to be able to answer that accurately, sir. |
| | 6 | Q.   Would it be a lot of times? |
| | 7 | A.   More than 12. |
| | 8 | Q.   Okay.  Were you trained that you can shoot |
| | 9 | someone merely because a vehicle was moving in the |
| 04:50PM | 10 | direction of a person? |
| | 11 | A.   No, sir. |
| | 12 | Q.   In this case did you fire any shots? |
| | 13 | A.   Yes, sir. |
| | 14 | Q.   How many shots did you fire? |
| 04:50PM | 15 | A.   12. |
| | 16 | Q.   What type of weapon did you have? |
| | 17 | A.   A Smith & Wesson 4006 TSW. |
| | 18 | Q.   Okay. |
| | 19 | A.   Pistol, semiautomatic pistol, 40 caliber. |
| 04:51PM | 20 | Q.   Okay.  Do you have to press the trigger for each |
| | 21 | shot? |
| | 22 | A.   Yes. |
| | 23 | Q.   And so in this incident, did you press the |
| | 24 | trigger 12 times? |
| 04:51PM | 25 | A.   Yes, sir. |

|  |  |  |
|---|---|---|
| | 1 | A. That's correct. We were trained specifically not |
| | 2 | to shoot at tires. |
| | 3 | Q. Right. And then what part of the truck were you |
| | 4 | shooting through, if you know, when you were firing these |
| 04:52PM | 5 | shots? |
| | 6 | A. The windshield. |
| | 7 | Q. The front windshield? |
| | 8 | A. That was what I was aiming for. Yes, sir. |
| | 9 | Q. Do you know if any of your shots went through the |
| 04:52PM | 10 | driver's side window? |
| | 11 | A. I do not. |
| | 12 | Q. Do you know if any of your shots exited through |
| | 13 | the passenger side window? |
| | 14 | A. I do not. |
| 04:52PM | 15 | Q. How close was the truck to you when you started |
| | 16 | firing? |
| | 17 | A. I would have to estimate that. |
| | 18 | Q. What would be your estimate? |
| | 19 | A. 20 to 25 feet. |
| 04:52PM | 20 | Q. Okay. And how close was the truck to you at the |
| | 21 | time of your last shot? |
| | 22 | A. 10 feet. 10 to 12 feet. |
| | 23 | ==Q. Did you complete all your shots before the truck== |
| | 24 | ==impacted your unit?== |
| 04:53PM | 25 | ==A. Yes.== |

|  |  |  |
|--|--|--|
|  | 1 | Q.   And how much time would you say passed from the |
|  | 2 | completion of your last shot to the time the truck struck |
|  | 3 | your unit? |
|  | 4 | A.   A matter of seconds.  I don't -- I don't know |
| 04:53PM | 5 | exactly, sir. |
|  | 6 | Q.   Can you give an estimate as to how many seconds |
|  | 7 | after your last shot?  In other words, was it -- you could |
|  | 8 | give a range, if you want.  One to two?  Two to three |
|  | 9 | seconds?  Whatever you feel comfortable with. |
| 04:53PM | 10 | A.   One to five seconds. |
|  | 11 | Q.   Okay.  So would it be correct to say that you |
|  | 12 | fired all your shots before the truck impacted your |
|  | 13 | vehicle and the truck impacted your vehicle approximately |
|  | 14 | one to five seconds after you fired your last shot? |
| 04:53PM | 15 | A.   I would say that's possible. |
|  | 16 | Q.   Okay.  Where were you standing when you fired the |
|  | 17 | first shot? |
|  | 18 | A.   I was standing behind the open passenger door on |
|  | 19 | the right side of the black Ford Taurus and what we would |
| 04:54PM | 20 | refer to as the V of the door meaning where the passenger |
|  | 21 | window comes down and meets basically the door hinge. |
|  | 22 | Q.   And were you standing there essentially for all |
|  | 23 | your shots? |
|  | 24 | A.   Yes. |
| 04:54PM | 25 | Q.   At any point in time, did you hear any shots |

```
 1    before it started backing up?
 2         A.   Yes, I do.
 3         Q.   And what's your recollection in that regard?
 4         A.   I gave specific commands to the driver of the
 5    vehicle.
 6         Q.   To the -- to the -- towards the vehicle?
 7         A.   Yes.
 8         Q.   This would be before it started backing you?
 9         A.   Yes.
10         Q.   Okay.  What did you say?
11         A.   I said -- pardon my language here.  I said,
12    "Stop.  Police.  Show me your fucking hands."
13         Q.   Okay.  It's okay.  We've all heard those words
14    before.  Okay.  Were you in the V of your vehicle when you
15    said that?
16         A.   Yes.
17         Q.   Okay.  And then did the truck almost start
18    backing up immediately?
19         A.   Yes.
20         Q.   Okay.  Now, in Exhibit 6, which we'll attach the
21    same exhibit to this deposition, your partner kind of drew
22    a red dash line towards the vehicle that he believed the
23    truck backed into, and it looks like it's a dark-colored
24    vehicle.  I can't tell if it's black or not.  It looks
25    black to me, but I'm getting color blind.
```

```
            1    it --
            2         A.   My apologies.
            3         Q.   That's okay.
            4         A.   I remember it specifically being open.
05:21PM     5         Q.   I just want to be clear on that.  Okay.  Thank
            6    you.  Now, the -- I think you've already indicated that
            7    you fired all 12 shots.  Well, let me ask you this:  Did
            8    you fire any shots while the vehicle was going backwards?
            9         A.   No.
05:21PM    10         Q.   Did you fire any shots before the vehicle
           11    impacted the parked car on the street?
           12         A.   No.
           13         Q.   Did you start firing after the truck started
           14    moving forward?  At some point after it started moving
05:21PM    15    forward.
           16         A.   Yes.
           17         Q.   Okay.  Do you know how far the truck moved
           18    forward prior to you firing your first shot?
           19         A.   I do not.
05:21PM    20         Q.   Do you have any estimate?
           21         A.   It would be a broad range.
           22         Q.   What broad range would you be comfortable with?
           23         A.   I would say 15 to 30 feet forward.
           24         Q.   Okay.  Do you have a -- so when you say 15 to
05:22PM    25    30 feet forward, you mean forward from its position where
```

```
               1      A.   Yes.
               2      Q.   And you were trying to strike the driver during
               3   the shots.
               4      A.   Yes.
   05:29PM     5      Q.   Would it be correct to say that during the shots,
               6   you weren't looking where your partner was?  Would that be
               7   correct?
               8      A.   Yes.
               9      Q.   And is it correct that you don't know where he
   05:30PM    10   was during the shots because you weren't looking at him,
              11   you were looking at the truck during the shots?
              12      A.   Yes.
              13           I'm sorry.
              14           MS. DEAN:  Belated objection.  Misstates the
   05:30PM    15   testimony.
              16   BY MR. GALIPO:
              17      Q.   Okay.  After the shots, did you -- your partner
              18   at some point indicated he was on the sidewalk.  He put an
              19   X on the sidewalk on the other side.  I guess that would
   05:30PM    20   be the west side of the street.  Did you ever see your
              21   partner there after the shots?
              22      A.   No.
              23      Q.   Where did you see him after the shots, if you
              24   recall?
   05:30PM    25      A.   I recall him coming up on my left side as I was
```

|        |    |                                                                              |
|--------|----|------------------------------------------------------------------------------|
|        | 1  | hypothetical -- were you trained not to shoot as long as                     |
|        | 2  | your partner's not in the path of the vehicle and you're                     |
|        | 3  | able to see that?                                                            |
|        | 4  | A.  We were trained not to shoot if there was not a                          |
| 05:39PM| 5  | threat, a direct threat, to our partner, ourselves, or                       |
|        | 6  | another citizen.                                                             |
|        | 7  | Q.  Okay.  And the direct threat in terms of a moving                        |
|        | 8  | vehicle would be someone being hit by the car.                               |
|        | 9  | A.  Yes.                                                                     |
| 05:39PM| 10 | Q.  Okay.  If hypothetically -- again, I'm giving you                        |
|        | 11 | another hypothetically -- you knew that your partner was                     |
|        | 12 | out of the path of the vehicle, would you have shot if you                   |
|        | 13 | had known that?                                                              |
|        | 14 | A.  Are you asking me if I knew for a fact that my                           |
| 05:40PM| 15 | partner was not in jeopardy and not in the threat of a                       |
|        | 16 | moving vehicle that was accelerating towards him if I                        |
|        | 17 | would have fired my weapon?                                                  |
|        | 18 | Q.  That's my question.                                                      |
|        | 19 | A.  No, I would not have.                                                    |
| 05:40PM| 20 | Q.  And why not based on your training?                                      |
|        | 21 | A.  Because it's immoral, illegal, and against                               |
|        | 22 | policy.                                                                      |
|        | 23 | Q.  Okay.  Based on your training -- I think you've                          |
|        | 24 | already answered this -- if a vehicle was moving in your                     |
| 05:40PM| 25 | direction, would you try to get out of the way if you                        |

|         |    |                                                                    |
|---------|----|--------------------------------------------------------------------|
|         | 1  | could?                                                             |
|         | 2  | A.   If I could, yes.                                              |
|         | 3  | Q.   Now, you have indicated that you essentially                  |
|         | 4  | learned the same position for all 12 shots; is that                |
| 05:41PM | 5  | correct?                                                           |
|         | 6  | A.   Yes.                                                          |
|         | 7  | Q.   Did you feel you needed to move when the -- when              |
|         | 8  | the truck was -- was moving forward?  Did you yourself             |
|         | 9  | feel you had to move?                                              |
| 05:41PM | 10 | A.   At the time, no.                                              |
|         | 11 | Q.   Okay.  If I understand -- and I read your                     |
|         | 12 | statement -- you were shooting in essence to protect your          |
|         | 13 | partner.                                                           |
|         | 14 | A.   Yes.                                                          |
| 05:41PM | 15 | Q.   Okay.  Were you shooting because you thought the              |
|         | 16 | truck was going to run you over?                                   |
|         | 17 | A.   No.                                                           |
|         | 18 | Q.   Okay.  The concern you had was for your partner.              |
|         | 19 | A.   Yes.                                                          |
| 05:41PM | 20 | Q.   Okay.  Other than your partner, did you see                   |
|         | 21 | anybody else out there like any other civilians or                 |
|         | 22 | pedestrians out on the street at the time of the shooting?        |
|         | 23 | A.   Not that I specifically recall.                               |
|         | 24 | ==Q.==   ==Now, you indicated that you gave an initial==           |
| 05:41PM | 25 | ==command to the truck when you got out of your vehicle; is==      |

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | that correct?                                            |
|          | 2  | A.   Yes.                                                |
|          | 3  | Q.   I take it that would be just before or as the       |
|          | 4  | truck started backing up.                                |
| 05:42PM  | 5  | A.   Right prior to it backing up.                       |
|          | 6  | Q.   Okay.  Did you say anything else between that       |
|          | 7  | time and the time that you fired your first shot?        |
|          | 8  | A.   No.                                                 |
|          | 9  | Q.   Okay.  Did you say anything during your shots?      |
| 05:42PM  | 10 | A.   No.                                                 |
|          | 11 | Q.   Do you know where your partner was specifically     |
|          | 12 | when he fired his shots?                                 |
|          | 13 | A.   No, I do not.                                       |
|          | 14 | Q.   Did you see muzzle flash or how did you know that   |
| 05:42PM  | 15 | he had fired?  Just because you heard a couple shots     |
|          | 16 | coming from your left?                                   |
|          | 17 | A.   I heard two shots from my left.  Yes.               |
|          | 18 | Q.   Okay.  Did you hear anything that indicated to      |
|          | 19 | you that any of your shots had struck the truck as you   |
| 05:42PM  | 20 | were firing?  In other words, glass breaking or anything |
|          | 21 | like that?                                               |
|          | 22 | A.   No.                                                 |
|          | 23 | Q.   Okay.  Have you heard the term "crossfire"          |
|          | 24 | before?  Have you heard that term?                       |
| 05:43PM  | 25 | A.   Crossfire?                                          |

|  |  |
|---|---|
| 1 | Q. Like, in other words, you have to be aware of |
| 2 | your background so that you don't have a situation where |
| 3 | like your partner for example's in your background when |
| 4 | you're shooting? |
| 05:43PM 5 | A. Yes. |
| 6 | Q. Okay. I don't know. I've heard the term |
| 7 | crossfire, background, backdrop? |
| 8 | A. Yes, sir. |
| 9 | Q. Are you familiar with all of those -- |
| 05:43PM 10 | A. Yes, sir. I'm familiar with all of those. |
| 11 | Q. Okay. Are you pretty certain that all of the |
| 12 | shots occurred before the truck impacted your unit? |
| 13 | A. Yes. |
| 14 | Q. And do you have any estimate as to how far the |
| 05:43PM 15 | truck traveled after the shots had concluded but before it |
| 16 | impacted? |
| 17 | A. No. |
| 18 | Q. Do you have any estimate as to the speed of the |
| 19 | truck at the time of impact? |
| 05:44PM 20 | A. At the time of impact? Slowing down. I mean, |
| 21 | that's all I can tell you. It was slowing down. |
| 22 | ==Q. In terms of miles per hour, do you have any== |
| 23 | ==estimate of the speed of the truck at all from the time it== |
| 24 | ==moved forward to the time it stopped at impact?== |
| 05:44PM 25 | ==A. Less than 10 miles an hour.== |

```
           1    whatever it is.
           2         A.   Yes, sir.
           3         Q.   Okay.  Do you have an estimate as to how many
           4    shots you fired before you heard the two shots fired by
06:17PM    5    your partner?
           6         A.   I do not.
           7         Q.   What did you do immediately after you fired the
           8    shots?
           9         A.   I reloaded my weapon and reassessed.
06:18PM   10         Q.   Okay.  And what was your reassessment at that
          11    point?
          12         A.   At that point the vehicle was slowing down, and
          13    it was coasting to rest against our vehicle, and I had
          14    threats -- I assessed that either the driver had given up
06:18PM   15    or was incapacitated and was no longer a threat, no longer
          16    an immediate threat.
          17         Q.   Okay.  And then what did you do?
          18         A.   Sergeant Cleveland came out on my left side.  I
          19    asked him if he was okay and if he had reloaded, and then
06:18PM   20    I said I'm going to put out traffic over the radio.
          21         Q.   And did you put out traffic?
          22         A.   Yes, sir.
          23         Q.   And what was the traffic?
          24         A.   I said L.A. 743 11-99 shots fired, 4142 for the
06:18PM   25    suspect, no officers injured.  I then grabbed my phone
```

```
 1   because I was unfamiliar with the area to verify exactly
 2   where we were at so I could give her an accurate location
 3   or 1020 and broadcast at the end of Pritchard facing north
 4   and our weapons were facing north.
 5       Q.   At some point did you notice there was a
 6   passenger in the front seat?
 7       A.   Yes.
 8       Q.   And when did you first notice that?
 9       A.   After the vehicle had come to rest against our
10   vehicle.
11       Q.   And how did you see that?  Just basically looking
12   and seeing the person sitting there?
13       A.   Yes.  There was a streetlight that was shining
14   down into the windshield at that point.
15       Q.   Do you think you would have fired the 12 shots if
16   you had known there was a passenger in the front seat?
17       A.   Yes.
18       Q.   Did you have any information after the incident
19   as to whether the passenger was struck by any of the
20   shots?
21       A.   I heard that he was struck.  Yes.
22       Q.   Did -- were any commands given to the passenger
23   after the shooting?
24       A.   Yes.
25       Q.   Was the passenger generally compliant with the
```

```
1    STATE OF CALIFORNIA   )
                           ) ss.
2    COUNTY OF LOS ANGELES)

3

4       I, RICHARD HENDERSON, say I have read the foregoing

5    deposition and declare under penalty of perjury that my

6    answers as indicated are true and correct.

7

8

9    _____
            (Date)
10

11                                    _____
                                            (Signature)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   STATE OF CALIFORNIA   )
                          ) ss.
 2   COUNTY OF LOS ANGELES)

 3       I, Summer Jimenez, Certified Shorthand Reporter,
 4   License No. 12917, for the State of California, do hereby
 5   certify:
 6       That, prior to being examined, the witness named in
 7   the foregoing deposition, to wit, RICHARD HENDERSON, was
 8   by me duly sworn to testify the truth, the whole truth and
 9   nothing but the truth;
10       That said deposition was taken down by me in shorthand
11   at the time and place therein named and thereafter reduced
12   to computer-aided transcription under my direction.
13       That the foregoing transcript, as typed, is a true
14   record of the said proceedings.
15       I further certify that I am not interested in the
16   event of the action.
17
18       WITNESS my hand this ___ day of
19   _____, 2017.
20
21
22
                                  _____
23                                Summer Jimenez, CSR NO. 12917
24
25
```