```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4
    ARMANDO VILLANUEVA and        )
 5  HORTENCIA SAINZ, individually )
    and as successor in interest to )
 6  Pedro Villanueva, deceased; and )
    FRANCISCO OROZCO, individually, ) CASE NO.
 7                                 ) 8:17-cv-01302-JLS (KESx)
                      Plaintiffs,  )
 8                                 )
              vs.                  )
 9                                 )
    STATE OF CALIFORNIA; JON       )
10  CLEVELAND; RICH HENDERSON; and )
    DOES 1-10, inclusive,          )
11                                 )
                      Defendants.  )
12  _____)

13

14

15

16

17          VIDEOTAPED DEPOSITION OF JON CLEVELAND

18                 BEVERLY HILLS, CALIFORNIA

19                 FRIDAY, OCTOBER 20, 2017

20

21

22

23

24  SUMMER JIMENEZ
    RPR, CSR 12917
25
```

1        A.    Yes, it is.

2        Q.    So we have some kind of dark pants, some white

3    T-shirt, and then a, I'm guessing, bulletproof vest but a

4    vest that says police on it; correct?

02:07PM    5        A.    Yes.

6        Q.    What kind of weapon were you carrying?

7        A.    A Smith & Wesson semiautomatic pistol.

8            MR. GARCIA:  Mark as Exhibit 2.  I think this is

9    your weapon.

02:07PM    10            (The document referred to was marked as

11            Plaintiffs' Exhibit 2 for

12            identification, and a copy is attached

13            hereto.)

14    BY MR. GARCIA:

02:08PM    15        Q.    Does that look to be your weapon?

16        A.    Yes, sir.

17        Q.    All right.  And so does -- did you have a -- is

18    that a flashlight or is that a laser sight in the front?

19        A.    It's a flashlight.

02:08PM    20        Q.    And this appears to be the weapon that you had on

21    you on the date of the incident; correct?

22        A.    I can't quite make out the serial number in the

23    photo but --

24        Q.    It appears to be.

02:08PM    25        A.    It appears to be, yes.

1    that responded there immediately; correct?

2         A.   Yes.

3         Q.   Or initially at least.

4         A.   Yes.

02:24PM    5         Q.   Did any other units ever arrive at that location

6    while you were there?

7         A.   No.

8         Q.   What did you see?  First describe the Santa Fe

9    Springs swapmeet just generally where you were.

02:24PM   10         A.   It's -- it's basically just an old -- it used to

11    be, I think, the drive-in movie theater.  So it's just an

12    open flat parking lot.

13         Q.   And so this -- unlike the other locations that

14    were intersections or public streets, this was a parking

02:25PM   15    lot; correct?

16         A.   Yes.

17         Q.   What did you see?  How many vehicles?

18         A.   I believe approximately 20.

19         Q.   What were they doing?

02:25PM   20         A.   I'd say the majority of them were just parked

21    watching, and there was at least two vehicles that were

22    doing donuts.

23         Q.   Could you describe those two vehicles?

24         A.   I believe one was a Camaro.  I'm not sure about

02:25PM   25    the color.  One was a red Chevy Silverado single cab

1    pickup.

2        Q.    Had you ever seen the Chevy Silverado pickup at

3    any of the previous locations?

4        A.    No.    Not that I recall.

02:26PM    5        Q.    The parking lot that you saw them at the Santa Fe

6    Springs swapmeet, is that private property?

7        A.    I assume so.

8        Q.    As far as you know, it wasn't --

9        A.    As far as I know, yeah.

02:26PM    10        Q.    Does the CHP have jurisdiction on private

11    property?

12            MS. DEAN:    Objection to the extent it calls for a

13    legal conclusion.

14            THE WITNESS:    Yes.

02:26PM    15    BY MR. GARCIA:

16        Q.    You saw the red pickup truck doing donuts.    How

17    many donuts did you see?

18        A.    I can't quite recall the number.    I'd estimate at

19    least four to six.

02:27PM    20        Q.    Do you recall about what time you arrived at the

21    parking lot?

22        A.    Not specifically, no.

23        Q.    Was it nighttime?

24        A.    Yes.

02:27PM    25        Q.    After you saw the red pickup truck doing donuts,

```
 1        Q.   And the truck was facing east.

 2        A.   Correct.

 3        Q.   So would you have been looking towards the

 4   passenger side of the truck?

 5        A.   Yes.

 6        Q.   And how far was the passenger side of the truck

 7   from the front of your vehicle when you were in a stopped

 8   position?

 9        A.   I would guess maybe about 30 feet.

10        Q.   And was it directly in front of your vehicle or

11   was it offset some distance to the right or left?

12        A.   No.  It was -- it was basically 30 feet to my

13   east down what I learned later is MacArthur.  I think

14   MacArthur Avenue.

15        Q.   Okay.  Was the truck actually on MacArthur?

16        A.   Yes.

17        Q.   And you would have still been -- make sure I get

18   the name of the street right -- on Pritchard?

19        A.   Yes.

20        Q.   Okay.  And were you illuminating the truck at all

21   at that point?

22        A.   Just with -- with the headlights of our vehicle.

23        Q.   Did you have a spotlight on your vehicle?

24        A.   No.

25        Q.   Were the headlights of your vehicle angled
```

03:04PM (line 5)
03:04PM (line 10)
03:04PM (line 15)
03:05PM (line 20)
03:05PM (line 25)

1      Q.   Okay.   Was your vehicle equipped with a PA

2   system?

3      A.   Yes.

4      Q.   Did you ever use the PA system at any time during

5   this incident?

6           MS. DEAN:   Objection.   Vague as to time.

7   BY MR. GALIPO:

8      Q.   Any time prior to the shots being fired, did you

9   ever use your PA system?   So I guess from maybe -- I

10   should say from the time you left the initial parking lot

11   area where you observed the donuts and stuff up until the

12   time of the shots, did you ever use your PA system?

13      A.   No.

14      Q.   Is that something you're able to do from the

15   driver's position in the vehicle?   Use the PA system if

16   you think it's appropriate?

17      A.   I could, but it's the same handheld mic that also

18   operates our police radio.

19      Q.   Does your vehicle have any video recording

20   system?

21      A.   No.

22      Q.   Did you have any audio recording system on your

23   person?

24      A.   No.

25      Q.   What did you -- I'm sure this was already asked,

1    us, if you can undo that, showing us where it reversed and

2    what vehicle it impacted?

3        A.    Okay.

4        Q.    Okay.  Thank you.  And I'll show counsel that so

03:21PM  5    they can see it.  Did it appear to go pretty much straight

6    backwards when it impacted that car?

7        A.    Yes.

8        Q.    And do you have any estimate as to the speed the

9    truck was going backwards as it was approaching this

03:22PM  10   parked vehicle?

11       A.    It seemed very fast.  I would -- I would say at

12   least 15 to 20 miles an hour if not faster.

13       Q.    Okay.  When the truck started in reverse, did you

14   hear the squealing of tires?

03:22PM  15       A.    I don't recall.

16       Q.    Did you see any burned rubber on the street

17   between where the truck started backing up and that

18   vehicle?

19       A.    On -- on the photo or the night?

03:22PM  20       Q.    Either one.  Either on the photo or the night of

21   the incident, did you see black marks going in reverse

22   towards that parked vehicle?

23       A.    No.  No.

24       Q.    Did you see any smoke coming from the tires as it

03:22PM  25   went in reverse?

1    communication before getting out?

2        A.    No.  Upon seeing his vehicle stopped, no.

3        Q.    Okay.  And when you got out of your vehicle,

4    first got out, to your knowledge, was the truck still

03:24PM  5    stopped?

6        A.    I believe so.  Yes.

7        Q.    And while you were in the V -- which I think you

8    said for about one or two seconds; is that correct?

9        A.    Yes.

03:24PM 10        Q.    During that time, was the truck backing up?

11        A.    Yes.

12        Q.    Okay.  So you watched the truck back up.

13        A.    Yes.

14        Q.    And as it was backing up, were you -- you would

03:25PM 15    have been primarily looking at the passenger side of the

16    truck.

17        A.    Correct.

18        Q.    And at that point, did you notice that there was

19    a passenger in the right front seat?

03:25PM 20        A.    No.

21        Q.    Were you looking at the truck as it was backing

22    up?

23        A.    Yes.

24        Q.    And what would you estimate the distance to be

03:25PM 25    between you and the passenger side of the truck?  I'll

1    show you the photograph if you need it as backing up.

2        A.   Maybe 15 feet.

3        Q.   Okay.  And were -- you don't recall if you had

4    the flashlight in your hand or not?

03:25PM    5        A.   I don't think I did, but I can't recall

6    specifically.

7        Q.   Okay.  Do you have any specific recollection of

8    illuminating the truck with your flashlight?

9        A.   I -- I know there's a flashlight attached to my

03:25PM   10    weapon.  More than likely I would have used that, but I

11    can't say with certainty.

12        Q.   Would that be tac light?  What do you refer to is

13    as?  The flashlight attached to your weapon?

14        A.   Yeah.

03:26PM   15        Q.   Just the flashlight attached to your weapon?

16        A.   Yes.

17        Q.   Okay.  You don't know if that was on or not.

18        A.   Yeah.  I can't say for certain.

19        Q.   Okay.

03:26PM   20        A.   I would have either used that or a handheld

21    flashlight.

22        Q.   Do you think you were illuminating the passenger

23    side of the truck as it was backing up?

24        A.   I don't recall.

03:26PM   25        Q.   Okay.  So -- and how much time would you say

1      Q.   Okay.  And part of the reason you did that is

2   because you didn't want to get hit by the truck.

3      A.   Yes.

4      Q.   Okay.  Now, you have training -- first of all,

03:31PM   5   you have training with respect to the use of deadly force;

6   is that correct?

7      A.   Yes.

8      Q.   But you also have training with respect to

9   positioning yourself relative to vehicles.  For example,

03:31PM  10   if there's a vehicle that you think might be trying to

11   leave the scene or leave where you are, are you generally

12   trained not to stand in front of it?

13      A.   Yes.

14      Q.   Okay.  Or if there's a vehicle that you're

03:31PM  15   afraid's going to back up, you're generally trained not to

16   stand behind it.

17      A.   Yes.

18      Q.   Okay.  I mean, the general training is it's safer

19   when you can to be at the side of the vehicle rather than

03:31PM  20   directly in front of it or behind it.  Is that fair?

21      A.   Yes.

22      Q.   Okay.  Are you also trained that, if a vehicle is

23   moving or appears to be moving in your direction, you

24   should do whatever you can to get out of the way?

03:32PM  25      A.   Yes.

1        Q.   And you seem like you're in pretty good shape.

2    How tall are you?

3        A.   6'2.

4        Q.   Okay.  Did you play sports at all in high school

03:33PM    5    or college?

6        A.   I -- not in college but in high school.

7        Q.   What sports did you play?

8        A.   I played football and baseball.

9        Q.   Okay.  I've been watching a lot of both football

03:33PM   10    and baseball.  You -- what positions did you play?

11        A.   What did I play?  Tightened receiver, and then

12    baseball I always played 1st base.

13        Q.   Okay.  So -- and how old -- how old are you now?

14        A.   I'm 39.

03:33PM   15        Q.   Okay.  You try to keep in pretty good shape?

16        A.   I do.

17        Q.   You probably can -- you're probably a pretty good

18    runner.

19        A.   No.  Not really.

03:33PM   20        Q.   Not really?  Well, how would you describe the

21    gait that you were using to get out of the way of the

22    truck?  Would you say that you were walking?  Jogging?

23    Running?  How would you describe it?

24        A.   I would say probably jogging.

03:34PM   25        Q.   Okay.  And did you feel, at least from your

1    perspective, the easiest way to get out of the way of the

2    path of the truck was to go towards the west curbline?

3         A.   Yes.

4         Q.   Okay.  And you did that; true?

03:34PM 5         A.   Yes.

6         Q.   And did you start moving to the west curbline as

7    soon as you saw the truck starting to move forward?

8         A.   I believe so.  Yes.

9         Q.   Okay.  And do you have an estimate as to how long

03:34PM 10   it took you to get to that west curbline once you started

11   in that direction?

12        A.   I don't know.  A couple seconds.

13        Q.   Okay.  Were you watching the truck continuously

14   as you were moving to the west curbline?

03:34PM 15        A.   Yes.

16        Q.   Now, as you were going to the west curbline, did

17   you hear any gunshots?

18        A.   Yes.

19        Q.   And when you heard the gunshots, did you know who

03:35PM 20   was firing at that moment?

21        A.   It was my partner.

22        Q.   How did you know it was your partner?

23        A.   Because I believe I could still see him in my

24   peripheral vision.

03:35PM 25        Q.   Okay.  Did you see muzzle flash or the sound or

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 03:36PM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 03:37PM | 10 |

1     A.   I don't believe so.

2     Q.   Okay.  So you believe your partner fired first.

3     A.   I believe so.  Yes.

4     Q.   Okay.  Now, are you with respect to -- do you

5  have any training with respect to shooting at moving

6  vehicles?

7     A.   We have policy but not specific training.

8     Q.   Well, let me ask you this:  Are you generally

9  trained that, first of all, if it can be avoided, you

10 should not position yourself in a spot where you can get

11 hit by a moving vehicle?

12     A.   Yes.

13     Q.   Are you trained that if, for whatever reason, you

14 find yourself in a position of potential risk, you should

15 try to get out of the way of the moving vehicle if you

16 can?

17     A.   Yes.

18     Q.   And are you trained that, if you can get out of

19 the way of moving vehicle, you should do that rather

20 than firing at the vehicle?

21     A.   No.  I wouldn't say that's a rather.  I would say

22 that's a consideration.

23     Q.   Okay.  I'm just wondering about your training

24 now.

25     A.   Yeah.

1    out of the way, though.

2        Q.   I know, that but if you can get out of the way --

3        A.   If I --

4        Q.   If you can get out of the way.

03:42PM  5        A.   I should.

6        Q.   And you should get out of the way.  Is it your

7    training then you don't have to shoot?

8        A.   I'm sorry.  I'm not trying to argue with you.

9        Q.   That's okay.  Let me try to ask it a different

03:42PM  10   way.

11       A.   You're asking if I'm able to get out of the

12   way --

13       Q.   Yes.

14       A.   -- as opposed to am I required to get out of the

03:42PM  15   way.

16       Q.   You already told me that your training is to get

17   out of the way if you can.

18       A.   Correct.  I should.

19       Q.   Right.  So I guess what I'm asking you -- and

03:42PM  20   you -- that's what you were doing; right?  You were moving

21   to the west to get out of the way.

22       A.   Yes.

23       Q.   Okay.  Because that's part of your training, and

24   obviously you didn't want to get hit by the truck.  Is

03:42PM  25   that fair?

1    fired?

2         A.   I have -- I don't know.

3         Q.   Do you know if it was more than one?

4         A.   I believe so.

03:44PM  5    Q.   Okay.  As you were running -- you were running --

6    would you say jogging?

7         A.   Uh-huh.

8         Q.   Jogging.

9         A.   Yes.

03:44PM  10   Q.   I forget.  Jogging?

11        A.   Yes.

12        Q.   As you were jogging across the street towards the

13   west, that's when you heard shots as you were jogging.

14        A.   Yes.

03:44PM  15   Q.   Okay.  Where was your gun -- before you heard the

16   shots, where was your gun pointed?  Down towards the

17   ground?

18        A.   No.  Towards -- towards the vehicle.

19        Q.   You were pointing it towards the vehicle.

03:44PM  20   A.   Towards the truck.

21        Q.   When you were running.

22        A.   Correct.

23        Q.   But you did not fire until you heard shots.

24        A.   I -- well, he -- he fired before me.  Yes.

03:44PM  25   Q.   Okay.  Where do you believe you were in the

```
          1          Q.   Did you ever have to dive out of the way?

          2          A.   No.

          3          Q.   Did you ever fall on the ground?

          4          A.   No.

03:52PM   5          Q.   Did you have any injury related to this incident?

          6    Physical injury?

          7          A.   No.

          8          Q.   To your knowledge, did your partner have any

          9    physical injury?

03:52PM   10         A.   No.

          11         Q.   Did you yourself ever give a warning you were

          12   going to shoot?

          13         A.   No.

          14         Q.   Were you ever trained that shooting at the driver

03:52PM   15   of a moving vehicle could disable the driver?

          16         A.   I think that's -- yeah.  That's common

          17   understanding.

          18         Q.   Common sense; right?  So were you ever trained

          19   that by shooting at the driver of a moving vehicle, that

03:52PM   20   could disable the driver and then cause the vehicle to go

          21   out of control?

          22         A.   Yes.

          23         Q.   For example, are you familiar with a CHP policy

          24   that prohibits shooting at a driver going the wrong way on

03:53PM   25   the freeway?
```

1     A.   Yes.

2     Q.   Okay.  And is your understanding one of the

3   reasons for that policy is because if you disable the

4   driver, then the car could go out of the control and then

03:53PM   5   put people at risk of injury?

6     A.   Well, that's -- no.  That relates to the

7   apprehension shootings that I discussed earlier.

8     Q.   Okay.

9     A.   It's not a violent and atrocious felony, and the

03:53PM   10   act of driving recklessly in and of itself is not grounds

11   to shoot somebody.  It's -- it has nothing to do with

12   whether the vehicle could go out of control.

13     Q.   Okay.  Do you generally agree with that based on

14   your training that reckless driving is not grounds by

03:53PM   15   itself to shoot someone?

16     A.   Correct.

17     Q.   And would that include based on your training

18   even if someone's driving the wrong way on a freeway?

19     A.   Correct.

03:53PM   20     Q.   Okay.  So -- and this may be common sense but --

21   and you may have already answered it, but are you

22   generally trained that if you shoot at the driver of a

23   vehicle, that it could disable the driver from being shot

24   and it could cause the vehicle to go out of control?

03:54PM   25     A.   Yes.

1    then we just maintained our weapons on -- pointed at the

2    vehicle until additional help arrived.

3        Q.   Did initial help arrive at some point?

4        A.   Yes.

03:56PM  5        Q.   And how long did it take them to get there?

6        A.   I don't recall.  It felt like a very long time,

7    but I don't know what the time duration was.

8        Q.   Do you recall the names of any of the officers

9    who arrived?

03:56PM 10        A.   I believe Sergeant Zavala was one of the first

11   units to show up, and I believe that's -- that's the

12   black-and-white patrol car that you see in the photo.

13   Sergeant Edison and Investigator Leery showed up shortly

14   thereafter, and then from there, I lost truck because a

03:56PM 15   lot of additional people showed up.

16        Q.   Okay.  Before the other unit showed up, did you

17   make any observations relative to the people in the truck?

18        A.   Yes.

19        Q.   What observations did you make?

03:56PM 20        A.   At that time I saw that there was a passenger in

21   the vehicle.  He had his hands above his face.

22        Q.   Okay.  And did you notice if there was someone

23   behind the driver's -- in the driver's seat?

24        A.   Yes.

03:57PM 25        Q.   Could you tell or did you have an impression as



CHP-00028



```
 1    STATE OF CALIFORNIA  )
                           ) ss.
 2    COUNTY OF LOS ANGELES)

 3

 4        I, JON CLEVELAND, say I have read the foregoing

 5    deposition and declare under penalty of perjury that my

 6    answers as indicated are true and correct.

 7

 8

 9    _____
             (Date)
10

11                          _____
                                      (Signature)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    STATE OF CALIFORNIA  )
                          ) ss.
2    COUNTY OF LOS ANGELES)

3        I, Summer Jimenez, Certified Shorthand Reporter,

4    License No. 12917, for the State of California, do hereby

5    certify:

6        That, prior to being examined, the witness named in

7    the foregoing deposition, to wit, JON CLEVELAND, was by me

8    duly sworn to testify the truth, the whole truth and

9    nothing but the truth;

10        That said deposition was taken down by me in shorthand

11    at the time and place therein named and thereafter reduced

12    to computer-aided transcription under my direction.

13        That the foregoing transcript, as typed, is a true

14    record of the said proceedings.

15        I further certify that I am not interested in the

16    event of the action.

17

18        WITNESS my hand this ___ day of

19    _____, 2017.

20

21

22                      _____

23                      Summer Jimenez, CSR NO. 12917

24

25