UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARMANDO VILLANUEVA and HORTENCIA SAINZ, INDIVIDUALLY and as successor in interest to Pedro Villanueva, deceased, and FRANCISCO OROZCO, individually,

        Plaintiffs,

vs.

STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON; and DOES 1-10, inclusive,

        Defendants.

CASE NO. 8:17-cv-01302 JLS (KESx)

VIDEOTAPED DEPOSITION OF ABEL D. OROZCO, taken by the Plaintiffs, at 2102 Business Center Drive, First Floor, Irvine, California, commencing at 1:05 p.m., Thursday, April 19, 2018, before Cristina Roller, Certified Shorthand Reporter, License No. 10879, for the State of California, pursuant to Subpoena.

---oOo---

```
 1   not.
 2        Q.   You didn't know at that time?
 3        A.   No.  Because he didn't say officer or anything
 4   like that.
 5        Q.   Did you see -- so you didn't see his vehicle?
 6        A.   No.
 7        Q.   All right.  So just follow-up.  Did you see any
 8   indication of lights from the officer's vehicle?
 9        A.   No.  No, I didn't.  Let me explain to you
10   something real fast.  Sometimes -- all the time at night,
11   people park here on that -- that's a little handicapped
12   zone right there, and every night people park -- people
13   park there.  So most of the time, you know, we don't see
14   across so I can't remember.  I don't remember if his car
15   was behind a car parked there, if there was one parked
16   there or if he was parked there.  I don't remember that,
17   and I don't remember that at all.
18        Q.   All right.  So you heard him -- someone yell what
19   again?
20        A.   I don't remember if it was, "Freeze
21   motherfucker," or, "Don't move motherfucker."
22        Q.   And then you heard shots?
23        A.   I heard two shots.
24        Q.   How long after you heard him say, "Freeze
25   motherfucker," or, "Stop motherfucker," and you heard
```

```
 1    shots?  Can you give me an estimate?
 2        A.    Maybe about a couple of seconds.
 3        Q.    What did you see the truck doing when that was --
 4    when those were being yelled out?
 5        A.    I didn't see what the truck did because at that
 6    point, I grabbed my son.
 7        Q.    Okay.  You don't know if the truck --
 8        A.    No.
 9        Q.    -- was moving or if it was stopped?
10        A.    No, I don't.
11        Q.    And what did you do when you grabbed your son?
12        A.    I tried throwing him in the garage, but he didn't
13    go in.  He just bounced off of -- you know, because I was
14    going to throw him in there and close the garage.  Because
15    I didn't know what was going on.  I don't know if it was a
16    carjacking or if it was, you know -- I didn't know what's
17    going on.  Right?  So I tried to close the garage, but
18    he -- he did this kind of bounce off and ran straight.
19    Straight this way and then up the stairs.
20        Q.    Okay.  So --
21        A.    And he was gone.
22        Q.    All right.  And you -- in Exhibit 1, are these
23    the stairs --
24        A.    Yes.
25        Q.    -- that he ran up?
```

Timestamps: 01:17:26PM (line 5), 01:17:34PM (line 10), 01:17:46PM (line 15), 01:18:00PM (line 20), 01:18:07PM (line 25)

```
                1    BY MS. ESCOBEDO:
                2         Q.   You can answer.
                3         A.   Oh.  No, I didn't hear nothing -- nothing like
                4    that.
01:43:45PM      5         Q.   Okay.  Okay.  And then so you heard the police
                6    officers, you know, scream profanities, and is that what
                7    alerted you to look up and see the patrol car?
                8         A.   Yes.
                9         Q.   Okay.
01:44:09PM     10         A.   You keep on saying police officers; right?  But
               11    that's kind of like a -- you know, bad neighborhood; right?
               12         Q.   Um-hum.
               13         A.   So I didn't know they were police officers.
               14         Q.   Right.  Okay.
01:44:19PM     15         A.   It could have -- I thought -- I thought they were
               16    being jacked.
               17         Q.   Okay.  Got it.  Okay.  And then I just wanted to
               18    get your best estimate as to the very first time you heard
               19    the first round of shots to the second round.  I know it's
01:44:40PM     20    tricky, but if you can give us an estimate.  Was it
               21    minutes?  Five minutes?
               22         A.   Well, it's -- it's the time it took me to walk
               23    from here to there, and I walked slow because like I said
               24    I have a torn meniscus.
01:44:58PM     25         Q.   Right.
```

```
 1   STATE   OF   CALIFORNIA      )
                                  ) ss.
 2   COUNTY OF _____)

 3

 4      I, ABEL D. OROZCO, say I have read the foregoing

 5   deposition and declare under penalty of perjury that my

 6   answers as indicated are true and correct.

 7

 8

 9   _____
            (Date)
10

11                              _____
                                          (Signature)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1  STATE   OF   CALIFORNIA      )
                                ) ss.
2  COUNTY OF ORANGE             )

3

4      I, CRISTINA ROLLER, Certified Shorthand Reporter,
5  License No. 10879, for the State of California, do hereby
6  certify:
7      That, prior to being examined, the witness named in
8  the foregoing deposition, to wit, ABEL D. OROZCO, was by
9  me duly sworn to testify the truth, the whole truth and
10 nothing but the truth;
11     That said deposition was taken down by me in shorthand
12 at the time and place therein named and thereafter reduced
13 to computer-aided transcription under my direction.
14     That the foregoing transcript, as typed, is a true
15 record of the said proceedings.
16     I further certify that I am not interested in the
17 event of the action.
18
19                    WITNESS my hand this 27th day of
20 April, 2018.
21
22
23
                           _____
24                         CRISTINA ROLLER, C.S.R. NO. 10879
25
```