LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

KIESEL LAW LLP
Paul R. Kiesel (SBN 119854)
  *kiesel@kiesel.law*
D. Bryan Garcia (SBN 216904)
  *garcia@kiesel.law*
Ashley Conlogue (SBN 292083)
  *conlogue@kiesel.law*
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VILLANUEVA and HORTENCIA SAINZ, individually and as successor in interest to Pedro Villanueva, deceased, and FRANCISCO OROZCO, individually,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br>STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON,<br><br>　　　　　　Defendants. | Case No. 8:17-cv-01302-JLS-KESx<br><br>[Hon. Josephine L. Staton]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>*[Proposed Order filed concurrently herewith]* |

-1-
Case No. 8:17-cv-01302-JLS-KESx
NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES

COME NOW Plaintiffs FRANCISCO OROZCO, HORTENCIA SAINZ, ARMANDO VILLANUEVA and Defendants STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON, by and through their counsel of record ("the Parties") and hereby notify this Honorable Court as follows:

1. The Parties have participated in a mediation with Honorable Joseph Hilberman and have reached a conditional settlement of this entire case for a specified amount.

2. The settlement will be recommended to and must be approved by the appropriate authorities.

3. The parties jointly stipulate and request that the Court vacate all pending dates, including all pretrial filing deadlines and the trial date.

4. The parties further request that this Court retain jurisdiction over this matter to enforce the terms of the settlement.

DATED: September 1, 2021        LAW OFFICES OF DALE K. GALIPO

                                By:  _____/s/ Dale K. Galipo_____
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    Attorneys for Plaintiff *Francisco Orozco*

DATED: September 1, 2021        KIESEL LAW LLP

                                By:  _____/s/ D. Bryan Garcia_____
                                    Paul Kiesel
                                    D. Bryan Garcia
                                    Ashley Conlogue
                                    Attorneys for Plaintiffs,
                                    *Armando Villanueva and Hortencia Sainz*

DATED: September 1, 2021

ROB BONTA
Attorney General of California

By:     */s/ Donna M. Dean*
DONNA M. DEAN
Deputy Attorney General
Attorneys for Defendants
State of California, Jon Cleveland,
and Richard Henderson