ROB BONTA
Attorney General of California
MARK T. CUMBA
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (213) 897-2810
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California, Jon Cleveland*
*and Richard Henderson*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO VILLANUEVA AND HORTENCIA SAINZ, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PEDRO VILLANUEVA, DECEASED, AND FRANCISCO OROZCO, INDIVIDUALLY,**<br><br>                Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON; AND DOES 1-10, INCLUSIVE,**<br><br>                Defendants. | Case No. 8:17-cv-01302 JLS (KESx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Judge:      Hon. Josephine L. Staton<br><br>Trial Date:  Not set<br>Action Filed: June 26, 2017 |

**TO THE HONORABLE COURT:**

Plaintiffs ARMANDO VILLANUEVA, HORTENCIA SAINZ and FRANCISCO OROZCO, and Defendants STATE OF CALIFORNIA, JON CLEVELAND, and RICHARD HENDERSON, through their respective counsel of record, and pursuant to the Court's "Order (1) Granting Request to Vacate All Dates (Doc. 127) and (2) Setting Date for Notice of Dismissal or Joint Report" (Doc. 129), submit this Joint Status Report Regarding Settlement.

A release agreement has been circulated to counsel for plaintiffs for review and signature. Plaintiffs Armando Villanueva and Hortencia Sainz, and their counsel, have signed and returned the release agreement. Counsel for Plaintiff Francisco Orozco advised that the release agreement will be signed and returned next week. Once the fully signed release agreement is received by counsel for defendants, defendants will make their best effort to obtain the settlement checks as soon as possible but cannot estimate a date by which the checks will be received. Accordingly, the parties request an additional 45 days to finalize the settlement.

//
//
//
//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  October 1, 2021 | ROB BONTA<br>Attorney General of California<br>MARK T. CUMBA<br>Supervising Deputy Attorney General |
| 2 | | |
| 3 | | |
| 4 | | As the filer of this stipulation, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |
| 5 | | |
| 6 | | |
| 7 | | s/ Donna M. Dean |
| 8 | | DONNA M. DEAN<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*State of California, Jon Cleveland*<br>*and Richard Henderson* |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated: October 1, 2021 | KIESEL LAW LLP |
| 13 | | |
| 14 | | s/ D. Bryan Garcia |
| 15 | | PAUL R. KIESEL<br>D. BRYAN GARCIA<br>ASHLEY CONLOGUE<br>*Attorneys for Plaintiffs*<br>*Armando Villanueva and Hortencia Sainz* |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Dated: October 1, 2021 | LAW OFFICES OF DALE K. GALIPO |
| 21 | | |
| 22 | | s/ Renee V. Masongsong |
| 23 | | DALE K. GALIPO<br>RENEE V. MASONGSONG<br>*Attorneys for Plaintiff*<br>*Francisco Orozco* |
| 24 | | |
| 25 | | |
| 26 | LA2017506261<br>Joint Status Report Regarding Settlement.doc | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

Case Name: **Armando Villanueva v. State of California, et al.**  No. **8:17-cv-01302-JLS-KES**

I hereby certify that on <u>October 1, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT REGARDING SETTLEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 1, 2021</u>, at Los Angeles, California.

| Jasmine Zarate | /s/ Jasmine Zarate |
|---|---|
| Declarant | Signature |

LA2017506261
Joint Status Report Regarding Settlement.doc