UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-01302-JLS-KES                                  Date: December 08, 2021
Title:  Armando Villanueva v. State of California et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE SANCTIONS**

　　　Counsel in this action are ordered to show cause by **December 13, 2021 at 5 p.m.** as to why the Court should not issue sanctions for failure to comply with this Court's November 14, 2021 order.  In that order, the Court noted that "[t]he parties shall file a Notice of Dismissal within 10 days of issuance of the settlement checks or by November 30, 2021, whichever comes first."  (Order at 1, Doc. 131.)  To date, the Court has not received a Notice of Dismissal.  Failure to timely and adequately respond to this order will result in sanctions, up to and including monetary sanctions, dismissal and/or default judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: mku