

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:17-cv-01302-JLS-KES | Date: December 13, 2021 |
| Title: Armando Villanueva v. State of California et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** **(IN CHAMBERS) DISCHARGING ORDER TO SHOW CAUSE (Doc. 132) AND GRANTING STIPULATION OF DISMISSAL (Doc. 133)**

     On December 8, 2021, this Court issued an Order to Show Cause Re Sanctions to the parties regarding their failure to comply with the Court's October 14, 2021 Order requiring the parties to "'file a Notice of Dismissal within 10 days of issuance of the settlement checks or by November 30, 2021, whichever comes first.'" (Doc. 132.) That same day, on December 8, 2021, the parties filed a Stipulation of Dismissal noting that they stipulated to dismiss this action with prejudice. (Doc. 133.) Accordingly, the Order to Show Cause Re Sanctions is discharged, and this action is dismissed with prejudice.

     **IT IS SO ORDERED**.

Initials of Deputy Clerk: mku